CO-386-online
10/03

# United States District Court
# For the District of Columbia

**FILED**

JAN 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DR. STEVEN A. GUTTENBERG and )
DOCTORS GUTTENBERG AND EMERY, P.C. )
)
)
           Plaintiff )
vs )  Civil A  Case: 1:08-cv-00085
) Assigned To : Bates, John D.
DR. ROBERT W. EMERY ) Assign. Date : 1/16/2008
) Description: Contract
)
           Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Doctors Guttenberg and Emery, P.C.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____ which have any outstanding securities in the hands of the public:

Not Applicable

These representations are made in order that judges of this court may determine the need for recusal.

_____
Attorney of Record

_____
Signature

Geoffrey P. Gitner
Print Name

176479
BAR IDENTIFICATION NO.

Watergate, 600 New Hampshire Ave., NW
Address

Washington, DC  20037
City      State      Zip Code

202-772-5926
Phone Number