UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DR. STEVEN A. GUTTENBERG and
DOCTORS GUTTENBERG AND
EMERY, P.C.

    Plaintiffs,

    v.

DR. ROBERT W. EMERY,

    Defendant.

Civil Action No. 08-00085 (JDB)

FILED
FEB 0 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## SCHEDULING ORDER

In light of the conference call held on this date, it is hereby **ORDERED** that the parties shall adhere to the following schedule:

1. Defendant shall file his response to plaintiffs' motion for a temporary restraining order, emergency status and scheduling conference, and preliminary injunction by not later than February 11, 2008;

2. Plaintiffs shall file their reply by not later than February 15, 2008;

3. A hearing is scheduled for 12:30 p.m. on February 19, 2008 in Courtroom 8.

**SO ORDERED**.

/s/ John D. Bates
John D. Bates
United States District Judge

Dated:   February 1, 2008

-1-

Copy to:

Brian L. Schwalb
Venable LLP
575 7th Street, NW
Washington, DC 20004
(202) 344-4356
(202) 344-8300 (fax)

*Counsel for defendant*