IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| DR. STEVEN A. GUTTENBERG and DOCTORS GUTTENBERG AND EMERY, P.C., <br><br> Plaintiffs, <br><br> v. <br><br> DR. ROBERT W. EMERY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:08-cv-00085 <br> Honorable John D. Bates |

**CONSENT MOTION FOR**
**ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b) and LCvR 7, Defendant Dr. Robert W. Emery moves the Court to enter an Order enlarging, until February 22, 2008, the time in which to answer or otherwise respond to Plaintiffs' Complaint, and in support of this Motion, states as follows:

1. Plaintiffs' filed their Complaint in the above-captioned matter on or about January 16, 2008. On January 17, 2008, Dr. Emery, through counsel, agreed to waive formal service of process and to accept service. The deadline for Dr. Emery to file and serve an answer or other response to the Complaint is Wednesday, February 6, 2008.

2. On Wednesday, January 30, 2008, Plaintiffs filed and served a series of motions, including a Motion for Temporary Restraining Order, Emergency Status and Scheduling Conference, and Preliminary Injunction. ("Plaintiffs' TRO Motion").

3. On Friday, February 1, 2008, the Court convened a telephonic scheduling conference during which it ordered Defendant to file an opposition to Plaintiffs' TRO Motion by

Monday, February 11, 2008.  The Court scheduled a hearing on Plaintiffs' TRO Motion for Tuesday, February 19, 2008 at 12:30 p.m.

4. Plaintiffs' Complaint in this matter is 38-pages, and contains 141 paragraphs and eleven counts.  Especially in light of the subsequently filed Plaintiffs' TRO Motion and the time and effort necessary to prepare Defendant's opposition thereto, Defendant Dr. Emery requires additional time to analyze and respond to Plaintiffs' Complaint.

5. In particular, Defendant Dr. Emery moves the Court to enlarge the time for him to answer or otherwise respond to Plaintiffs' Complaint until Friday, February 22, 2008.  The requested enlargement will not interfere with the Court's schedule and will not prejudice the Plaintiffs.

6. On February 1, 2008, counsel for Plaintiffs, Geoffey P. Gitner, advised that Plaintiffs have no opposition to this Motion, and consent to the requested enlargement of time.

**WHEREFORE,** for the foregoing reasons, Defendant Dr. Robert W. Emery moves the Court to enlarge the time for him to file and serve an answer or other responsive pleading until Friday, February 22, 2008.  For the Court's convenience, a proposed Order is submitted herewith.

    Respectfully submitted,

Dated: February 4, 2008    /s/   Brian L. Schwalb
    Brian L Schwalb (D.C. Bar No. 428551)
    Seth A. Rosenthal (D.C. Bar No. 482586)
    Ari Rothman (D.C. Bar No. 481334)
    VENABLE LLP
    575 7th Street, N.W.
    Washington, D.C.  20004
    (202) 344-4356

    *Counsel for Defendant Dr. Robert W.  Emery*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of February 2008, a copy of the foregoing was served by the Court's electronic filing system upon the following:

> Geoffrey P. Gitner, Esquire
> Law Offices of Geoffrey P. Gitner
> 600 New Hampshire Avenue, N.W.
> Washington, D.C. 20037
>
> Richard T. Tomar, Esquire
> Karp, Frosh, Lapidus, Wigodsky & Norwind, P.A.
> 2273 Research Blvd., Suite 200
> Rockville, Maryland 20850

/s/ Brian L. Schwalb
Brian L. Schwalb

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| DR. STEVEN A. GUTTENBERG and DOCTORS GUTTENBERG AND EMERY, P.C., <br><br> Plaintiffs, <br><br> v. <br><br> DR. ROBERT W. EMERY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:08-cv-00085
Honorable John D. Bates

**[PROPOSED] ORDER GRANTING CONSENT MOTION FOR
ENLARGEMENT OF TIME TO RESPOND TO COMPLAI NT**

Upon consideration of Defendant's Consent Motion for Enlargement of Time to Respond to Complaint ("the Motion") and the record herein, and being fully advised in the premises, it is this ____ day of _____, 2008, hereby:

**ORDERED** that the Motion BE, and the same hereby IS, GRANTED.

**ORDERED** that Defendant Dr. Robert W. Emery shall file an answer or motion in response to Plaintiffs' Complaint on or before February 22, 2008.

**IT IS SO ORDERED.**

_____
Judge John D. Bates
U.S. District Court, District of Columbia

Copies to:

Geoffrey P. Gitner, Esquire
Law Offices of Geoffrey P. Gitner
Watergate, Twelfth Floor
600 New Hampshire Avenue, N.W.
Washington, D.C.  20037

Richard T. Tomar, Esquire
Karp, Frosh, Lapidus, Wigodsky & Norwind, P.A.
2273 Research Boulevard, Suite 200
Rockville, MD  20850

Brian L. Schwalb, Esquire
Seth A. Rosenthal, Esquire
Ari N. Rothman, Esquire
Venable LLP
575 7th Street, N.W.
Washington, D.C.  20004