# United States District Court
# For the District of Columbia

Dr. Steven A. Guttenberg, et al.

        Plaintiff(s)   )   **APPEARANCE**
                      )
                      )
             vs.   )   CASE NUMBER   1:08-cv-00085
Dr. Robert W. Emery   )
                      )
       Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Richard T. Tomar   as counsel in this
                                   (Attorney's Name)

case for:   Doctors Guttenberg and Emery, P.C.
                (Name of party or parties)

2/7/2008
Date

*[Signature]*
Signature

Richard T. Tomar
Print Name

00490
BAR IDENTIFICATION

2273 Research Blvd., Suite 200
Address

Rockville, Maryland 20850
City    State    Zip Code

(301) 948-3800
Phone Number