## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

DR. STEVEN A. GUTTENBERG
and DOCTORS GUTTENBERG AND
EMERY, P.C.

**Plaintiffs,**

v.

**DR. ROBERT W. EMERY**

**Defendant.**

Case No. 1:08-cv-00085
(Judge John D. Bates)

### PLAINTIFFS' MOTION
### TO ENTER PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c) and Local Civil Rule 5.1(j), Plaintiffs Dr. Steven A.

Guttenberg ("Guttenberg") and Doctors Guttenberg and Emery, P.C. (the "Corporation")

(collectively, "Plaintiffs") hereby respectfully request that the Court enter a Protective Order in

the form attached hereto to govern the parties' pleadings and discovery in this proceeding.  The

reasons for this motion are described in greater detail in the attached *Memorandum of Points and*

*Authorities*:

1.      As described in Dr. Guttenberg's supplemental declaration attached to the

Memorandum, Dr. Emery has threatened to make salacious and highly inflammatory and

embarrassing allegations against Dr. Guttenberg in the event that Dr. Guttenberg refused to yield

to Dr. Emery's demands to negate his obligations under his Employment Agreement.  That

Emery intends to make good on his threat is shown by the allegations regarding alleged sexual

misconduct contained in Emery's motion to disqualify plaintiffs' counsel filed on February 6,

2008, including Emery's use of a confidential settlement agreement concerning a former employee.

2. Rule 26 (c) and this Court's inherent power provides that a party may obtain a protective order which justice requires to protect a party from annoyance, embarrassment and oppression and prevents the Court's records from being used to gratify private spite, promote public scandal and circulate libelous statements.

3. Here, Dr. Guttenberg has been a respected member of the community, in both his personal and professional capacities. He has built a sizable professional following since establishing the Corporation in 1977. He has attained high offices amongst his professional peers, presently holding the office of President of the American College of Oral and Maxillofacial Surgeons. He has been an active member of the D.C. Dental Society and D.C. Society of Oral and Maxillofacial Surgeons. An additional consideration is that he and his family reside in this community.

4. The use of the Court's processes to publicize Emery's salacious and unproven allegations will cause great professional and personal harm and embarrassment to Dr. Guttenberg and his family, as well as the professional associations of which Dr. Guttenberg is an officer. Plaintiffs contends these allegations are not relevant to the actions raised in the Complaint, and are at best an *in terrorem* post hac rationalization created by Dr. Emery to seek to circumvent his non-competition covenants.

5. As shown by the cases cited in the attached memorandum, court's have regularly held that in balancing the public's interest of access to the Court's records and a litigant's privacy interests, when the subject is unproven, highly inflammatory and salacious allegations,

and the public has no compelling need to know, the balance should tip in favor of preventing

harm and protecting privacy interests.

6.      Pursuant to LCvR 7(m) counsel for Plaintiffs conferred with counsel for the

Defendant, who denied consent to this motion.

WHEREFORE, Plaintiffs respectfully request that the Court issue the accompanying

Protective Order and seal or redact from the public version of any pleadings and discovery

filings references to Defendant's unproven allegations of sexual misconduct against Plaintiff

Guttenberg.

DATED: February 7, 2008                    Respectfully submitted,


                                            /s/  Geoffrey P. Gitner
                                           Geoffrey P. Gitner (DC Bar No. 176479)
                                           Law Offices of Geoffrey P. Gitner
                                           Watergate, Twelfth Floor
                                           600 New Hampshire Ave., N.W.
                                           Washington, D.C. 20037
                                           Ph: (202) 772-5926
                                           Fax: (202) 772-5858




                                            /s/ Richard T. Tomar
                                           Richard T. Tomar (D.C. Bar No. 13094)
                                           KARP, FROSH, LAPIDUS, WIGODSKY &
                                           NORWIND, P.A.
                                           2273 Research Blvd., Suite 200
                                           Rockville, Maryland 20850
                                           Ph: (301) 948-3800

                                           *Counsel to Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| **DR. STEVEN A. GUTTENBERG** and **DOCTORS GUTTENBERG AND EMERY, P.C.**<br><br>**Plaintiffs,**<br><br>v.<br><br>**DR. ROBERT W. EMERY**<br><br>**Defendant.** | Case No. 1:08-cv-00085<br>(Judge John D. Bates) |

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES**
**IN SUPPORT OF PLAINTIFFS'**
**MOTION TO ENTER PROTECTIVE ORDER**

## I.    INTRODUCTION AND STATEMENT OF FACTS

An order to seal or redact the pleadings is necessary and appropriate in this case under this Court's six-factor *Hubbard* test, particularly with respect to the reputational and privacy interests at stake and the improper purposes motivating certain allegations that Defendant Emery has made or intends to make against Plaintiff Guttenberg in this litigation. For the same reason, a narrowly tailored protective order covering the discovery requests is required to protect Plaintiffs' good-faith prosecution of a contract dispute against Defendant's irrelevant, scandalous, scurrilous and unproven-allegations about Plaintiff Guttenberg – the very type of undue annoyance, embarrassment, and oppression contemplated by Fed. R. Civ. P. 26(c).

This action arises out of several contractual obligations that Defendant Emery undertook upon his becoming an employee and shareholder of the Corporation. As related in other pleadings that Plaintiffs have filed in this case, under Emery's Shareholder and Employment Agreements with the Corporation, Emery agreed to sell his shares back to the Corporation upon

his withdrawal from the Corporation, to act in the Corporation's interest and to not compete with the Corporation.

Beginning in mid-2007, Emery began engaging in a pattern of conduct that breached or anticipatorily repudiated his contractual obligations, including, *inter alia*, not supporting the Corporation in certain litigation, seeking to establish his own competing office within three blocks of the Corporation's office, removing Corporation property from its office, soliciting Corporation employees to leave the Corporation, diverting Corporate opportunities to himself and not to the Corporation, refusing to seek reinstatement of the Corporation's charter, and hiring attorneys to seek to find ways for him to break out of his non-competition and non-solicitation covenants.

Defendant Emery has also sought to blackmail Plaintiff Guttenberg into withdrawing from the Corporation by threatening to publicize a frivolous sexual harassment claim brought against Guttenberg by a former disgruntled employee, which claim was settled without any admission of wrongdoing by Guttenberg or the Corporation.  (See Verified Complaint ¶¶ 34 to 40; Declaration of Donna Breeyear at ¶¶ 6 to 9 [attached as Ex. 1] and Second Supplemental Declaration of Dr. Steven A. Guttenberg [attached as Ex. 2].)   In addition, Emery has threatened to accuse Guttenberg of other unspecified instances of sexual predation and harassment unless Guttenberg yields to his demands to negate the covenants to compete.  (Second Supplemental Declaration of Dr. Steven A. Guttenberg, Ex. 2 at ¶ 4); see also Defendant's Memorandum in Support of its Motion to Disqualify, dated February 6, 2008, at 3-4, 6.

Based on representations made in Defendant's motion to disqualify, he intends to defend against the  Plaintiffs' claims by asserting a theory that he is somehow not bound by his duties based on the salacious and specious grounds that Guttenberg is allegedly a sexual predator.

2

## ARGUMENT

### A.    Standard on Motion to Seal or Redact Pleadings

Local Civil Rule 5.1(j) provides that cases or documents may be sealed by an order from this Court.  Plaintiffs recognize that there is generally a presumption favoring public access to judicial proceedings.  *See, e.g., Weaver v. Bratt*, 421 F. Supp. 2d 25, 42-3 (D. D.C. 2006). Nonetheless, "'every court has supervisory power over its own records and files, and access has been denied where court files might have become a vehicle for improper purposes.' Courts have exercised their discretion under the common law to abrogate the right of public access where doing so was necessary to prevent judicial records from being 'used to gratify private spite or promote public scandal,' or to prevent their records from becoming 'reservoirs of libelous statements for press consumption . . . .'" *Gitto Global Corp. v. Worcester Telgram & Gazette Corp.*, 422 F.3d 1, 6 (1st Cir. 2005) (quoting *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978)).

Accordingly, the D.C. Circuit in *United States v. Hubbard*, 650 F.2d 293, 317-22 (D.C. Cir. 1980), has recognized that it may be appropriate to seal court records from public access based on a six-part balancing test:

(1)    the need for public access to the documents at issue;

(2)    the extent to which the public had access to the documents prior to the sealing order;

(3)    the fact that a party has objected to disclosure and the identity of that party;

 (4)    the strength of the property and privacy interests involved;

(5)    the possibility of prejudice to those opposing disclosure;

(6)    the purposes for which the documents were introduced.

3

"[T]he balancing of the [*Hubbard* factors] is a matter committed to the trial court's sound discretion. *DBI Architects, P.C. v. American Express Travel Related Services. Co., Inc.*, 462 F. Supp. 2d 1, 8 (D. D.C. 2006) (citing *Johnson v. Greater Southeast Comm. Hosp. Corp.*, 951 F.2d 1268, 1277 (D.C.Cir. 1991).

Applying the *Hubbard* factors to the instant case, there is no public need or interest in access to the unproven and irrelevant allegations of Plaintiff Guttenberg's sexual misconduct. This action does not concern Guttenberg's conduct; it concerns Defendant Emery's multiple breaches of his contractual and fiduciary duties, which duties apply to Emery regardless of whether his allegations about Guttenberg are true. Moreover, the sexual harassment claim was settled under cover of a confidentiality agreement, and any publicity of that settlement in this proceeding would violate that agreement. Accordingly, this court has a duty in addition to and apart from the first *Hubbard* factor to seal or redact any portions of the pleadings or proceedings that reference the sexual harassment claim. See, e.g., *Tong v. S.A.C. Capital Management, LLC*, 835 N.Y.S.2d 881, 885 (N.Y. 2007) (good cause found to seal civil action records based on the likelihood of public disclosure of "salacious and yet-unproven allegations"); *Mokhiber v. Davis*, 537 A.2d 1100, 1115 (D.C. App. 1988) (libelous or scandalous allegations may be screened upon a showing of good cause to believe disclosure would create specific harms of kind sought by giving that sort of information greater protections); *Biovail Laboratories, Inc. v. Anchen Pharmaceuticals, Inc.*, 463 F.Supp.2d 1073, 1082 (C.D.Cal. 2006) (compelling reasons sufficient to outweigh public's interest in disclosure and justify sealing court records exist when such court files might have become a vehicle for improper purposes, such as use of records to gratify private spite, promote public scandal and circulate libelous statements, or release trade secrets); *State ex rel. The Cincinnati Enquirer v. Winkler*, 777 N.E.2d 320, 324 (Ohio App. 2002) (courts

4

have inherent authority to limit public access to records when their use for spiteful purposes or to

serve as reservoirs of libelous statements for press consumption); *Stalnaker v. Novar Corp.*, 293

F.Supp.2d 1260, 1264 (M.D.Ala. 2003) (in some cases involving trade secrets or in which

information could be used for scandalous and libelous purposes, the parties privacy interests are

sufficiently compelling to warrant sealing of judicial documents); *E.E.O.C. v. Erection Co.*, 900

F.2d 168, 170 (9th Cir. 1990) (relevant factor to seal judicial records is whether material could

result in improper use of material for scandalous or libelous purposes).

Because of the confidentiality agreement governing the settlement, there also was no

prior public access to the records in question. Aside from the sexual harassment claim, Plaintiff

Guttenberg has not been the subject of any similar complaints during his tenure with the

Corporation, and thus any additional allegations that Defendant Emery raises now would also be

new to the public. Thus, the second *Hubbard* factor is also met.

The remaining *Hubbard* factors are all interrelated in this case, in that Plaintiff

Guttenberg has substantial privacy and reputational interests in protecting his good name from

being dragged through the mud, which appears to be a motivation for the Defendant's intended

introduction of the sexual harassment claim and other irrelevant allegations into this action. Dr.

Guttenberg has been an upstanding member of the medical community for close to forty years.

Likewise he and his family have lived in this area for almost fifty years. He currently serves as

President of the American College of Oral and Maxillofacial Surgeons. He has also been the

President of the District of Columbia Society of Oral and Maxillofacial Surgeon, a Vice-

President of the District of Columbia Medical Society, he is on the editorial boards of a number

of medical journals, a Clinical Associate Professor at Temple University, Professor of Surgery at

Nova Southeastern University, the Chairman of the Training and Education Committee,

Department of Oral and Maxillofacial Surgery at the Washington Hospital Center, and a regular

lecturer nationally and internationally.  (See Resume attached as Ex. 3).

A large part of his and the Corporation's business is dependent on referrals, which in turn

depends on Dr. Guttenberg's professional standing among his peers.  The Plaintiffs should not be

required to subject the professional reputation of Dr. Guttenberg and the Corporation's practice,

as well as seeking to embarrass Guttenberg's wife and children, for private spite or public

scandal as the tradeoff for prosecuting a good-faith contract dispute, nor should this proceeding

become a vehicle for Defendant's libelous statements. *See Gitto Global Corp.*, *supra*.  In short,

because Defendant's allegations in the pleadings will prejudice Dr. Guttenberg's interests for

purposes wholly unrelated to the factual and legal questions at stake in this action, the remaining

*Hubbard* factors also compel sealing or redacting the pleadings in this case.

### B.    Motion to Enter a Protective Order

Fed. R. Civ. P. 26(c)(1) provides that a court "may, for good cause, issue an order to

protect a party or person from annoyance, embarrassment, oppression, or undue burden or

expense . . . ."  The rule "confers broad discretion on the trial court to decide when a protective

order is appropriate and what degree of protection is required." *Klayman v. Judicial Watch*, 2007

U.S. Dist. LEXIS 88044 at *7 (quoting *Seattle Times Co. v. Rhinehart*, 467 U.S. 20, 36 (1984).

"In addition, the Court is to 'undertake an individualized balancing of the many interests that

may be present in a particular case.'" *Id.* (quoting *Diamond Ventures, LLC v. Barreto*, 452 F.3d

892, 898 (D.C. Cir. 2006).

The burden of establishing good cause for a protective order is on the proponent. *Id.*

(citing *Alexander v. FBI*, 186 F.R.D. 71, 75 (D.D.C. 1998)).  The burden is met by articulating

"specific facts showing 'clearly defined and serious injury' resulting from the discovery

sought . . . . " *Avirgan v. Hull*, 118 F.R.D. 252, 254 (D.D.C. 1987). As the United States Supreme Court has stated, entry of a protective order is appropriate to prevent disclosure of "information that not only is irrelevant but if publicly released could be damaging to reputation and privacy. The government clearly has a substantial interest in preventing this sort of abuse of its processes." *Seattle Times Co.*, 467 U.S. at 35 (holding that a protective order issued under Washington Superior Court Civil Rule 26(c) – the analogue to Fed. R. Civ. P. 26(c) – did not violate the First Amendment).

Plaintiffs respectfully request this Court to exercise its broad discretion under Rule 26(c) to enter the limited Protective Order attached hereto as Exhibit A for the same reasons discussed above for sealing or redacting certain portions of the pleadings. Like Plaintiffs' motion to seal or redact, the proposed Protective Order does not call for sealing all discovery in this case, but only those portions that contain irrelevant, false, and libelous allegations about Plaintiff Guttenberg's sexual conduct. The publicity of such allegations would cause precisely the type of "clearly defined and serious injury" to Dr. Guttenberg's professional reputation and privacy that this Court and the Supreme Court have identified as grounds for entering a protective order.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that this Court grant Plaintiffs' Motion to Enter a Protective Order.

7

DATED: February 7, 2008              Respectfully submitted,


 /s/ Geoffrey P. Gitner

Geoffrey P. Gitner (DC Bar No. 176479)
Law Offices of Geoffrey P. Gitner
Watergate, Twelfth Floor
600 New Hampshire Ave., N.W.
Washington, D.C. 20037
Ph: (202) 772-5926
Fax: (202) 772-5858


/s/ Richard T. Tomar

Richard T. Tomar (D.C. Bar No. 13094)
KARP, FROSH, LAPIDUS, WIGODSKY &
NORWIND, P.A.
2273 Research Blvd., Suite 200
Rockville, Maryland 20850
Ph: (301) 948-3800


*Counsel to Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of February, 2008, I caused a true and correct copy of the foregoing Plaintiffs' Motion to Enter a Protective Order, supporting Memorandum of Points and Authorities, and proposed order to be served by electronic and first class mail, postage prepaid on the following:

> Brian Schwalb, Esq.
> Seth Rosenthal, Esq.
> Ari Rothman, Esq.
> Venable
> 875 7th Street, N.W.
> Washington, D.C.

> ___/s/ Geoffrey P. Gitner_____
> Geoffrey P. Gitner

# Exhibit 1

IN THE SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DRS. GUTTENBERG & EMERY, P.C.<br><br>and<br><br>DR. STEPHEN GUTTENBERG<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DR. ROBERT EMERY<br><br>　　　　Defendant. | Case No. |

## DECLARATION

I, Donna Breeyear, declare and state as follows:

1.    I have been employed with Drs. Guttenberg & Emery, P.C. (the "Practice") for nine years. For the last five years I have held the position of Clinical Supervisor. I am the highest ranking and highest paid employee of the 13 staff employees in the Practice. As part of my duties, I supervise the staff, assist the doctors in surgery and I am the head of marketing to referral doctors and dentists.

2.    Until August, 2007, I have always enjoyed my position with the Practice. The Practice is one of the most profitable and respected oral surgeries practices in the country and I have always been proud of my association and the Practice's staff morale.

3.    Beginning in August, 2007, Dr. Emery introduced an element into the Practice that has threatened staff morale and over-all productivity. Since that time, to the present, Dr. Emery has engaged in a pattern of conduct seeking to turn staff members against Dr. Guttenberg, establish his own practice in downtown Washington, D.C., and threaten me because I would not agree to help him in his endeavor. Dr. Emery has also consistently, and I believe, intentionally engaged in a course of harassment and coercion against me.

4.    On August 14, 2007, Dr. Emery invited me to have dinner with him at Mezza Luna, a restaurant not far from our offices. During the dinner, Dr. Emery told me he could not stand Dr. Guttenberg because he was always talking about himself. Dr. Emery then informed me he intended to leave the Practice and open an office at 1145-19th Street, N.W., in some type of association with Dr. Progebin, who has offices at that building. He told me that I was great in

working with referring doctors and that he wanted me to leave the Practice and join his new firm as Clinical Supervisor and head of marketing. He promised he would give me a raise and even pay for me to have a sabbatical.

5.    During the dinner, Dr. Emery told me he planned on working 3 or 4 days a week, and intended on hiring an associate, Dr. Bonnie Arroyo, a resident at the Washington Hospital Center. I told Dr. Emery that it was a great practice and that he should try and work out his differences with Dr. Guttenberg.

6.    He again brought up that he was trying to get a unilateral agreement from Dr. Guttenberg, who had been accused of sexual harassment by a former employee, Katherine Keyes. He told me that if Dr. Guttenberg's wife found out about the Keyes allegation, that Dr. Guttenberg's wife "would leave him." I understood him to be saying that Dr. Guttenberg would have to sign the unilateral agreement, unless he wanted his wife to know. I was repulsed by his willingness to black mail and use this leverage over Dr. Guttenberg in order to get his way.

7.    Before the August 14, 2007 meeting, I had met with Dr. Emery on August 1, 2007. That day Dr. Emery asked me to have a closed door meeting with him. He told me that he was seeking to have Dr. Guttenberg sign the unilateral agreement that would provide if any allegations of sexual conduct were made against Dr. Guttenberg, that Dr. Guttenberg would be terminated as President of the Practice, that Emery would become President and that Dr. Guttenberg would be terminated. On August 7, 2007, during another closed door meeting with Dr. Emery, I told him that I did not think what he was doing was right, i.e. seeking the agreement from Dr. Guttenberg. I told Dr. Emery that he was being hypocritical because I had personally witnessed him embracing and kissing Jeanne Perrotta, one of the Practice's employees and that he knew "how good of friends Jeanne and I had been." Dr. Emery response was that his affair with Ms. Perrotta was different, because he had told his wife. Although I did not tell Dr. Emery at this time, I was aware that he and Ms. Perrotta had an intimate affair from Ms. Perrotta who had been a friend and confidant. Ms. Perrotta told me she was comfortable with the relationship because of Dr. Emery's wife, and that when Dr. Emery would ask her to go out for happy hour, she would ask me to accompany them, because she did not want to talk about a relationship between them or be left alone with him. She also showed me expensive jewelry Dr. Emery had bought for her birthday.

8.    On August 14, 2007, Dr. Guttenberg told me that Dr. Emery had given him an ultimatum, that either Dr. Guttenberg sign the unilateral agreement, or Dr. Guttenberg's wife would find out about the Keyes allegations.

9.    On August 18, 2007, Dianna Guttenberg called me and told me Dr. Guttenberg had told her about the Keyes allegations and Dr. Emery's attempt to black-mail him. She asked if I could intervene by setting up a meeting between the Guttenberg's and Emery's. After I told her I would, I called Dr. Emery to see if he would agree to a meeting. He sounded shocked. He said, "You mean he told Dianna. Was she upset?" On August 20, 2007, Dr. Guttenberg told me he also tried to set up a meeting, but the Emery's would not meet, because it was "too stressful."

10.    On August 23, 2007, I received a telephone call from Dr. Emery who was in Florida with Dr. Progebin. He told me he and Dr. Progebin had "discussed everything."

11.    Beginning on September 7, 2007, Dr. Emery and Jeanne Perrotta began to complain about me in attempt to get me to quit. After Ms. Perrotta had "thrown money at me," about getting the staff lunch. Dr. Emery called me into his office. In a menacing and threatening tone he told me "never to drag his name, Jeanne and his wifes' names through the mud."

12.    On September 10, 2007, Ms. Perrotta sent a letter of complaint about me to Drs. Guttenberg and Emery. This complaint was later rejected by both Dr. Guttenberg and Dr. Emery.

13.    On either September 11, 2007, Dr. Emery asked me into his office. He closed the door and began screaming at me. He was angry and shaking. He said, "Dr. Guttenberg is nothing but a fucking pig and has ruined his and his wife's relationship with Dr. Guttenberg's wife (Dianna), while he is getting blow jobs from Keyes." I cut him off, saying these are only allegations. Emery then got angrier and said that I "should just do my work and never mention him, his wife and Jeanne again." I told him that I would not agree not to speak out on what was true and I believed was right. That afternoon, as I was leaving the building, while in the building lobby, Dr. Emery saw me and in a mocking tone said, "Donna are you okay?" I took it as sarcastic and threatening. On October 30, 2007, Dr. Emery repeated this conduct, when he blocked me when I was in the stairwell, and kept asking me in a mocking tone, "if I was okay?" and "was I sure that I was okay?"

14.    On September 27, 2007, while Dr. Guttenberg was out of his office, I heard Dr. Emery in Dr. Guttenberg's office with the door closed.

15.    On September 28, 2007, Dr. Emery accused me of spying on him. Although I would regularly make marketing calls on Dr. Progebin's office, he told me to stay out of Progebin's office, and not talk to his staff. When I went to leave, he said "don't you walk away from me" again in a menacing tone.

16.    In the last several weeks I have become aware that my personnel file was missing. Dr. Emery admitted that he had taken it. Upon its return, however, there were missing annual evaluations that were highly favorable of me by Dr. Emery.

17.    Starting in October, 2007, for the first time, Dr. Emery has directed me to document my time, where I am and what I am doing. This has never been required in my prior 9 years with the Practice. I believe Dr. Emery is seeking to build a case against me because I have not supported his endeavors.

18.    I have also noted that Dr. Emery is training two of our employees in duties that are being performed by other employees. I interpret this to mean he will seek to take these employees with him, so they can execute the trained procedures with no loss of time to his new

practice. He also pandered to the staff and has said things to them such as "in the new world" they will become supervisors.

19.     This is not a complete statement of everything that has occurred. I reserve the right to add to this statement at a later time. I have, however, attempted to describe what I consider to be the more important occurrences of my knowledge of Dr. Emery's intention to establish his own practice.

I declare under penalties of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

DATED: 11 05 2007

Donna Breeyear

# Exhibit 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| |
|---|
| **DR. STEVEN A. GUTTENBERG**<br>**and DOCTORS GUTTENBERG AND**<br>**EMERY, P.C.**<br><br>       **Plaintiffs,**<br><br>   **v.**<br><br>**DR. ROBERT W. EMERY**<br><br>       **Defendant.** |

Case No. 1:08-cv-00085
(Judge John D. Bates)

**SUPPLEMENTAL DECLARATION OF**
**DR. STEVEN A. GUTTENBERG IN SUPPORT**
**OF MOTION TO ENTER PROTECTIVE ORDER**

I, Dr. Steven A. Guttenberg, declare and state as follows:

1.        I am a Plaintiff in the above-captioned matter.  I make this declaration is support

of the Plaintiffs' motions for a temporary restraining order and preliminary injunction.

2.        I have been the President of the Guttenberg & Emery, P.C., and its predecessor

since 1977.  I am currently the President of the American College of Oral and Maxillofacial

Surgeons.  I have also been the President of the District of Columbia Society of Oral and

Maxillofacial Surgeon, a Vice-President of the District of Columbia Medical Society.  Currently

I am either on the editorial review board or administrative editor of Oral Surgery, Oral Medicine,

Oral Pathology, Oral Radiology and Endodonotology, Practical Reviews in Oral and

Maxillofacial Surgery and The Internet Medical Journal.  I am a Clinical Associate Professor at

Temple University, Professor of Surgery at Nova Southeastern University, the Chairman of the

Training and Education Committee, Department of Oral and Maxillofacial Surgery at the

Washington Hospital Center, and a regularly lecture nationally and internationally.

3.      The Corporation's practice is largely dependent on referrals from dentists and doctors. The Corporation's practice has also been largely dependent on my professional association activities, my position as an editor of professional journals and lecturing.

4.      Beginning in mid-2007 Dr. Emery has threatened me directly, or through one of our employees, to accuse me of being, in his words, a "sexual predator" if I did not yield to his demands to let out of the covenants in his employment agreement with the Corporation. Upon seeking clarification of his accusations, he has made vague allegations to offenses committed by me in the workplace. He has, however, never been specific in his allegations.

5.      I have not been a defendant in any lawsuits in over thirty years. The only out of court grievance I have ever received was the Employee Claim referred to in the complaint filed in this lawsuit.

6.      I fear that publication of scandalous allegations in court filings concerning my conduct with employees, or patients, could have a devastating impact on the Corporation's practice. Dr. Emery has threatened to make his allegations widely known in the medical community by bringing a lawsuit. I believe he will use the lawsuit as a vehicle for his spreading his scandalous allegations, that if made outside the judicial context, would subject him to libel laws.

7.      For these reasons, I request that the Court issue a protective order that any allegations regarding alleged sexual misconduct, harassment or discrimination be subject to a protective order, and that Dr. Emery be required to prove such allegations, least I be tarnished by unproven-allegations.

protective order, and that Dr. Emery be required to prove such allegations, least I be tarnished by
unproven allegations.

I state that under penalties of perjury the foregoing is true and accurate to the best of my
knowledge and belief.

DATED:  February 7, 2008

Dr. Steven A. Guttenberg

# Exhibit 3

CURRICULUM VITAE:                          Steven A. Guttenberg, DDS, MD

## PERSONAL DATA

| | |
|---|---|
| Date of Birth: | February 9, 1944 |
| Place of Birth: | Passaic, New Jersey |
| Home: | 8801 Chalon Drive |
| | Bethesda, Maryland  20817-3040 |
| Office: | 2021 K Street, NW, Suite 200 |
| | Washington, D.C.  20006-1003 |
| | 202.466.3323 |
| | Fax:  202.466.5236 |
| E-Mail: | sag@mouthfacejaw.com |
| Website: | www.mouthfacejaw.com |

## EDUCATION

| | |
|---|---|
| 1961-1965: | Bachelor of Arts (Psychology) |
| | State University of New York at Buffalo |
| 1965-1969: | Doctor of Dental Surgery |
| | School of Dental Medicine |
| | State University of New York at Buffalo |
| 1971-1974: | Residency in Oral and Maxillofacial Surgery |
| | Washington Hospital Center, Washington, DC |
| 2000-2001: | Doctor of Medicine |
| | School of Medicine, University of Health Sciences Antigua |

## PROFESSIONAL  EXPERIENCE

| | |
|---|---|
| 1969-1971: | Dental Officer, United States Army, Fort Knox, Kentucky |
| 1970-1971: | Chief, Oral Surgery Section, Craven Army |
| | Dental Clinic, Fort Knox, Kentucky |
| 1974-    : | Private practice, Oral and Maxillofacial Surgery |
| 1974-    : | Teaching Staff, Washington Hospital Center, Oral and Maxillofacial Surgery |
| 1974-1977: | Training and Education Committee, |
| | Washington Hospital Center |
| 1975-1977: | Guest Lecturer, School of Dentistry, Georgetown University |
| 1976-1977: | Medical Records Committee, Doctors' Hospital of |
| | Prince Georges County |
| 1977-    : | Consultant in Oral and Maxillofacial Surgery |
| | to the Peace Corps |
| 1980-1983: | Oral Surgery Consultant, American Cancer |
| | Society of the District of Columbia |
| 1980-1982: | Tissue Committee and Medical Records Committee, |
| | Capitol Hill Hospital |
| 1981-    : | Resident Training and Education Committee, Department of Oral and |
| | Maxillofacial Surgery, Washington Hospital Center |
| 1981-1989: | Medical Records and Audit Committee, |
| | Washington Hospital Center |
| 1981-    : | Consultant in Oral and Maxillofacial Surgery |
| | to the National Zoo |
| 1981-1991: | Chief, Section of Oral and Maxillofacial Surgery, |
| | Capitol Hill Hospital |
| 1983-1985: | Operating Room Committee, Capitol Hill Hospital |
| 1984-1986: | Medical Advisory Committee, Rehabilitation |
| | Services Administration, District of Columbia |
| 1986-1988: | Mortality and Morbidity Committee, Capitol Hill Hospital |
| 1987-2000: | Maxillofacial Consultant, Transplantation Services, American Red Cross |

Curriculum Vitae: Steven A. Guttenberg, DDS, MD
Page 2
November 13, 2007

| | | |
|---|---|---|
| 1988-1991: | | Secretary-Treasurer, Department of Oral and Maxillofacial Surgery, Washington Hospital Center |
| 1988-1991: | | Operating Room Committee, Capitol Hill Hospital |
| 1989- : | | Practice Committee, Department of Oral and Maxillofacial Surgery, Washington Hospital Center |
| 1991-1994: | | Vice-Chairman, Department of Oral and Maxillofacial Surgery, Washington Hospital Center |
| 1992-1993 : | | Medical and Dental Staff Development Committee, Washington Hospital Center |
| 1993-1994 : | | Managed Care Advisory Task Force, Washington Hospital Center |
| 1997- : | | Clinical Associate Professor, Oral and Maxillofacial Surgery, Temple University, Philadelphia, Pennsylvania |
| 1999- : | | Chairman of Training and Education Committee, Department of Oral and Maxillofacial Surgery, Washington Hospital Center |
| 2000- : | | Professor of Surgery, Nova Southeastern University, School of Dental Medicine |
| 2001-2003 | : | Editorial Review Board Consultant, The Internet Medical Journal |
| 2002- : | | Editorial Board, Oral Surgery, Oral Medicine, Oral Pathology, Oral Radiology and Endodontology |
| 2004- : | | Administrative Editor, Practical Reviews in Oral and Maxillofacial Surgery |

## SOCIETIES AND MEMBERSHIPS

International Association of Oral and Maxillofacial Surgeons: Fellow
Academy of Dentistry International: Fellow
International College of Dentists: Fellow
Federation Dentaire Internationale
International Congress of Oral Implantologists: Diplomate
American Dental Association
American Medical Association
American Association of Oral and Maxillofacial Surgeons: Fellow
      Task Force on the Legal and Ethical Advertising of Degrees
American College of Oral and Maxillofacial Surgeons: Fellow,
      President
      President-Elect
      Vice President,
      Chairman of Committee on Continuing Education
      Regent of District II - Middle Atlantic; Co-General Chairman, 23rd Annual
      Scientific Session, 2002; Local Arrangements Co-Chair 2000;
      Scientific Committee, Editorial Committee-ACOMS Review
American College of Oral Implantology: Diplomate
American Society of Osseointegration: Fellow
American Society for Laser Medicine and Surgery: Fellow
American Board of Forensic Dentistry: Diplomate
American Academy of Cosmetic Surgery: Fellow
      Practice Parameters Task Force
American Dental Society of Anesthesiology
American Trauma Society
American Academy of Sleep Medicine
Academy of Osseointegration
American College of Forensic Examiners: Fellow
American Cleft Palate-Craniofacial Association
Middle Atlantic Society of Oral and Maxillofacial Surgeons
Pan American Medical Society
Greater Washington Society of Oral and Maxillofacial Surgeons:
      Office Anesthesia Evaluation Committee

Curriculum Vitae: Steven A. Guttenberg, DDS, MD
Page 3
November 13, 2007

District of Columbia Society of Oral and Maxillofacial Surgeons:
        President, Secretary-Treasurer, Office Anesthesia Evaluation Committee (Chair)
District of Columbia Dental Society:
        Vice President; Spring Meeting-General Chairman, General Chair-Elect, Vice-
        General Chair; Secretary, Board of Directors; Editor-in-Chief of Society
        Newsletter; Tellers Committee–Chair; Associate Editor of Society Journal
Medical Society of the District of Columbia
Alpha Omega Dental Fraternity:
        President, President-Elect, Sergeant at Arms, Trustee of Sherril Siegal
        Memorial  Foundation
Maimonides Dental Society:
        President, President-elect, Vice-President, Secretary,
        Treasurer, Executive Committee
Metropolitan Study Club:
        President, Scientific Program Director

## HONORS AND SPECIAL TRAINING

George B. Snow Prize, State University of New York at Buffalo,School of Dental Medicine, 1969
Oral Surgery Externship, Ireland Army Hospital, 1970
Commendation Medal, United States Army, 1971
Advanced Oral Pathology, Armed Forces Institute of Pathology, 1972
Certificate in Forensic Odontology, Armed Forces Institute of Pathology, 1972
Harry H. Kerr Medical Essay Competition, First Prize, Washington Hospital Center, 1973
Alton Brashear Post-Graduate Course in Head and Neck Anatomy,
        Medical College of Virginia, 1973
Harry H. Kerr Medical Essay Competition, Fourth Prize, Washington Hospital Center, 1974
Microsurgery for Oral and Maxillofacial Surgeons, University of Washington, 1981
Branemark Osseointegration Course, Washington Hospital Center, 1986
Advanced Concepts in Rigid Facial Skeletal Fixation, School of Medicine,
        University of Maryland, 1987
Innovations in Dental Implantology and Restoration of the Implant Patient,
        State University of New York at Buffalo, 1988
The Art of Cosmetic Facial Surgery, Graduate Hospital of the
        University of Pennsylvania, 1989
Update In Cutaneous Laser Surgery, Harvard University Medical School, 1989
Facial Aesthetic Considerations in the Surgical Correction of Dentofacial
        Deformities, University of Florida College of Dentistry, 1991
Open and Closed Rhinoplastic Surgery for the Oral and Maxillofacial Surgeon,
        University of Michigan School of Dentistry, 1991
Esthetic Maxillofacial Surgery, American Association of Oral and Maxillofacial
        Surgeons, Chicago, Illinois, 1991
Excellence in Continuing Education Award, District of Columbia Dental Society, 1988, 1989,
        1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001,
        2002, 2003, 2004, 2005, 2006
Pulsed Dye Cutaneous Laser Surgery-A "Hands-On" Supervised Workshop for
        Physicians, Georgetown University Medical Center, 1992
Dermabrasion and Chemical Peel, Gulf South Medical and Surgical Institute,
        Burks-Farber Clinics, New Orleans, Louisiana, 1992
Open Structure Rhinoplasty, Harvard University Medical School, 1992
Tumor and Reconstructive Surgery, American Association of Oral and
        Maxillofacial Surgeons, Chicago, Illinois, 1992
OMFS Practitioner Innovation Award, Oral and Maxillofacial Surgery Foundation, 1993
Lasers in Oral and Maxillofacial Surgery, Alexandria, Virginia, 1994

Curriculum Vitae: Steven A. Guttenberg, DDS, MD
Page 4
November 13, 2007

Preceptorship in Laser Assisted Uvulopalatoplasty, Department of Surgery,
Medical College of Virginia, Richmond, VA, 1994
Laser Course on Office Based ENT Procedures, Philadelphia, PA, 1994
Advances in the Diagnosis and Treatment of Sleep Apnea and Snoring, University of
Pennsylvania Medical Center, Philadelphia, PA, 1994
Advanced Cardiac Life Support Certification, 1980, 1995, 2004
Preceptorship in Laser Cosmetic Skin Resurfacing, Facial Plastic Surgery Center,
Indianapolis, IN, 1995
Golden Spear Point Award for Teaching Excellence and Outstanding Contributions to the Oral and
Maxillofacial Surgery Residency Training Program,
Washington Hospital Center, 1996
Outstanding Clinical Instructor Award, Department of Oral and Maxillofacial Surgery, Washington
Hospital Center, 1997, 1998, 1999, 2000, 2001, 2002, 2004, 2005, 2006, 2007
The Aging Face '97, American Academy of Facial Plastic and Reconstructive Surgery,
Indianapolis, IN, October 16-19, 1997
Best Dentists List (Oral and Maxillofacial Surgery), Washingtonian Magazine, December, 1997
Oral Surgery Honor Society, Temple University School of Dentistry,
Elected as an honorary member, 2000
Continuing Medical Education Award, American Academy of Cosmetic Surgery, 1999
Valedictorian, University of Health Sciences Antigua, School of Medicine, January 19, 2002
Exemplary Leadership Award, University of Health Sciences Antigua, School of Medicine,
January 19, 2002
Best Dentists List (Oral and Maxillofacial Surgery-top vote getter), Washingtonian Magazine,
February, 2003
Endoscopy for Mandibular Reconstruction and Salivary Disease, Harvard Medical School, Boston,
Massachusetts, October 9-10, 2004
Best Dentists List (Oral and Maxillofacial Surgery-top vote getter), Washingtonian Magazine,
October, 2006
Sterling V. Mead Award for outstanding achievements in dentistry (Highest award given by District
of Columbia Dental Society) June, 2007

## LICENSES AND BOARDS

District of Columbia
Northeast Regional Board
National Dental Board, Parts I and II
American Board of Oral and Maxillofacial Surgery-Diplomate

## PUBLICATIONS AND PRESENTATIONS

Oral Surgeon Within the Hospital Environment, OR Tech, January/February 1973
Osteoradionecrosis of the Jaw, American Journal of Surgery, March 1974
Common Non-Neoplastic Disorders of the Major Salivary Glands,
District of Columbia Dental Journal, Spring 1978
Oral and Maxillofacial Surgery: An Overview, Editorial,
District of Columbia Dental Journal, Spring 1978
Masseteric Intramuscular Hemangioma: Report of Case and Literature Review,
Washington Hospital Center Archives, 1974
Osteoradionecrosis of the Jaw, Reprinted for "Selected Readings in General
Surgery", The University of Texas
Maxillofacial Osteoradionecrosis: Unpublished Clinical Investigation, 1971-1972
Arthritic Disorders of the Temporomandibular Joint,
District of Columbia Dental Journal, Winter 1978
Oral and Maxillofacial Surgery, Guest Lecture, Association of Surgical Technologists, Regional
Meeting, Silver Spring, MD, October 6, 1979

Curriculum Vitae: Steven A. Guttenberg, DDS, MD
Page 5
November 13, 2007

District of Columbia Dental Journal, Theme Editor, Spring 1980, Volume 54, Number 3
District of Columbia Dental Journal, Theme Editor, Spring 1981, Volume 55, Number 2
Oral Surgery Panel Discussion, Moderator, District of Columbia Dental Journal,
                    Spring 1981, Volume 55, Number 2
Oral and Maxillofacial Surgical Considerations in Midface Trauma, Guest Lecture,  Ocular and
                    Orbital Trauma Symposium, Washington Hospital Center, March 30-31, 1984
Dental Involvement in Midface Trauma, Guest Lecture, Metropolitan Dental Study Club,
                    Williamsburg, Virginia, June 9,1984
Jaw Reconstruction with Hydroxylapatite, Guest Lecture, Metropolitan Dental
                    Study Club, Williamsburg, Virginia, June 10, 1984
Midface Trauma for the Emergency Room Physician, Guest Lecture, Emergency Medicine
                    Department, Capitol Hill Hospital, June 13, 1984
Orthognathic Surgery for the General Practitioner, Lunch and Learn Lecture,
                    District of Columbia Dental Society 53rd Annual Spring Meeting,
                    April 15, 1985
Maxillofacial Injuries, Inservice Lecture, Nursing Staff, Capitol Hill Hospital, November 5, 1985
Newsletter of The District of Columbia Dental Society, Editor-in-Chief, Published Monthly,
                    June 1985-June 1987
The Medical Letter for Dentists, Editor and Publisher, Published Quarterly,
                    March 1985-1995
A Symposium on Acquired Immune Deficiency Syndrome, Lunch and Learn Lecture, Alpha
                    Omega Dental Fraternity, Rockville, Maryland, January 21, 1986
Hydroxylapatite-Coated Titanium Osseointegrated Dental Implants, Guest Lecture, Metropolitan
                    Dental Study Club, Rockville, Maryland, March 12, 1986
Diagnosis and Treatment of Oral and Maxillofacial Injuries, Inservice Lecture,
                    Emergency Room Nursing Staff, Capitol Hill Hospital, March 26, 1986
Assessment and Management of Maxillofacial Injuries, Guest Lecture, Pediatric Dentistry,
                    Children's Hospital National Medical Center, Washington, DC, April 16, 1986
Costochondral Grafting in Condyle Replacement and Mandibular Reconstruction, Poster Session,
                    (Co-authored with Georgi Obeid and Peter Connole), 68th Annual Scientific
                    Sessions of the American Association of Oral and Maxillofacial Surgeons,
                    New Orleans, Louisiana, September 26, 1986
It's Time To Wake Up And Smell The Coffee, The Newsletter of the District of Columbia Dental
                    Society, October 1986
Utilization of the Integral Implant System, Table Clinic, 62nd Annual Session of the Greater New
                    York Dental Meeting, New York, New York,December 1, 1986
Successful Dental Implantology with the Integral System, Guest Lecture, Diagnostics Unlimited
                    Study Club, Washington, DC, January 29, 1987
Jaw Reconstruction with Costochondral Grafts, Guest Lecture, Hospital of San Juan de Dios,
                    San José, Costa Rica, March 2, 1987
Jet Lag:  Proper Dietary Preparation May Prevent It, The Newsletter of The District of Columbia
                    Dental Society, Spring Meeting Edition,1987
Osseointegrated Implants-Simplified, Lunch and Learn Lecture, District of Columbia Dental
                    Society 55th Annual Spring Meeting, April 23, 1987
Costochondral Grafting in Condyle Replacement and Mandibular Reconstruction, Table Clinic,
                    (Co-authored with Georgi Obeid and Peter Connole), District of Columbia
                  Dental Society 55th Annual Spring Meeting, April 26, 1987
Fish, Fish, Fish, and More Fish, The Newsletter of The District of Columbia Dental Society,
                    May 1987
Nuclear Magnetic Resonance Imaging (MRI), The Newsletter of the District of
                  Columbia Dental Society, November 1987
Complicated Orbital Fractures, Advances in Ophthalmic Plastic and Reconstructive Surgery,-
                  Orbital Trauma, Volume VII, Pergamon Press, New York, 1988

Curriculum Vitae: Steven A. Guttenberg, DDS, MD
Page 6
November 13, 2007

Advances/Standards in Trauma, Panel Discussion (also, Drs. Phillip J. Boyne, John N. Kent,
Robert V. Walker), American College of Oral and Maxillofacial Surgeons,
Palm Beach, Florida, March 21, 1988

Costochondral Graft for TMJ Reconstruction, Presentation of Case Reports, American College of
Oral and Maxillofacial Surgeons, Palm Beach, Florida, March 23, 1988

Costochondral Grafting in Condyle Replacement and Mandibular Reconstruction, (Co-authored
with G. Obeid and P. Connole), J Oral and Maxillofac Surg, March 1988

Surgical Aspects of the Integral Implant System, Instructor, Implant Course,
Dallas Texas, June 9-12, 1988

Benign Mesenchymoma of the Palate: Report of a Case, (Co-authored with Jane Marie Daly), J
Oral and Maxillofac Surg, October 1988

Surgical Aspects Osseointegrated Dental Implants, Guest Lecture, Metropolitan and District of
Columbia Dental Study Clubs, Washington, DC, March 22, 1989

Computers in the Dental Practice, Participation Clinic, District of Columbia Dental Society 57th
Annual Spring Meeting, April 6, 1989

TMJ, Guest Lecture, Nursing Staff, Capitol Hill Hospital, October 17, 1989

Cranial Arteritis Mimicking Odontogenic Pain: Report of Case, (Co-authored with R.W. Emery,
S. Milobsky, and M. Geballa), JADA, November 1989

Orthognathic Surgery, Guest Lecture, Nursing Staff, Capitol Hill Hospital,    March 6, 1990

Cranial Arteritis Mimicking Odontogenic Pain: Report of Case, (Abstract), Dental Abstracts,
March-April 1990

Chemical Injury Of The Oral Mucosa From Verapamil, N Engl J Med, August 30, 1990

Why There Should Not Be A Specialty of Dental Anesthesiology,
ACOMS Review, September, 1990

Soft Tissue Laser Surgery, Guest Lecture, Greater Washington Dental Science Club,
Rockville, MD, May 9, 1991

Diagnosis and Treatment of Facial Bone Fractures: Part I, (Co-authored with R.W. Emery),
Trauma, October 1991

Diagnosis and Treatment of Facial Bone Fractures: Part II, (Co-authored with R.W. Emery),
Trauma, December 1991

Laser Surgery of the Oral Cavity, Guest Lecture, Yater Clinic, Washington, DC, March 26, 1992

Advanced Techniques for Treating the Challenging Implant Patient, Lecture, University of
Maryland, School of Dentistry Continuing Education Program, Baltimore,
Maryland, May 1, 1992

Surgical Management of the Implant Patient, Lecture, Brookdale Hospital Maxi-Course in Oral
Implantology, New York University New York, New York, October 24, 1992

Advanced Implant Techniques, Guest Lecture, DC Metropolitan Dental Study Club,
Washington, DC, November 18, 1992

Diagnosis and Treatment Planning for the Implant Patient, Lecture, Residents of the University of
Maryland, School of Dentistry, Baltimore, Maryland, January 25, 1993

Surgical Technique for Implant and Abutment Placement, Lecture, Residents of the University of
Maryland, School of Dentistry, Baltimore, Maryland, February 22, 1993

Advanced Surgical Techniques for Implants, Lecture, Residents of the University of Maryland,
School of Dentistry, Baltimore, Maryland, April 26, 1993

Adjunctive Surgical Implant Techniques, Guest Lecture, Progressive Dental Study Club,
Bethesda, Maryland, May 13, 1993

Advanced Surgical Implant Techniques; Longitudinal Report on HA-Coated Implants in Private
Practice, Lecture, University of Pennsylvania, School of Dental Medicine/The
Compendium of Continuing Education in Dentistry Symposium on
HA-Coated Implants, Philadelphia, Pennsylvania, June 14, 1993

Determination of Blood Flow in the Posterior Mandible by Means of Laser Doppler Flowmetry,
Clinical Investigation, 1992, 1993

Curriculum Vitae: Steven A. Guttenberg, DDS, MD
Page 7
November 13, 2007

Longitudinal Report on HA-Coated Implants and Advanced Surgical Techniques in a Private
 Practice, The Compendium of Continuing Education in Dentistry,
 October 1993

Advanced Surgical Implant Techniques and Statistical Analysis of HA-Coated Implant
 Success, Lecture, Renaissance Dental Study Club,
 Washington, DC, October 5, 1993

Medical Evaluation of the Dental Patient Made Easy, Lunch and Learn Lecture, Alpha Omega
 Dental Fraternity, Rockville, Maryland, January 23, 1994

Advanced Implant Related Surgical Procedures and Management of Surgical Complications,
 Lecture, 6th Annual Mid Winter Dental Convention and Implant Symposium,
 Barbados Dental Association, Dover Convention Centre, February 10, 1994

Utilization of an Hydroxylapatite Coated Implant System and Long-Term Followup, Lecture, 6th
 Annual Mid Winter Dental Convention and Implant Symposium, Barbados
 Dental Association, Dover Convention Centre, February 12, 1994

Advanced Implant Related Surgical Procedures, Lecture, District of Columbia Dental Hygienists'
 Association, Washington, DC, May 12, 1994

Orthognathic Surgery, Lecture, Comprehensive Care Study Sessions,
 Washington, DC, June 24, 1994

Long-Term Experience with Posterior Mandibular Implants, Lecture, Abstract Session, 76th
 Annual Scientific Sessions of the American Association of Oral and
 Maxillofacial Surgeons, Denver, Colorado, September 29, 1994

Laser Doppler Flowmetry: Identification of Neurovascular Parameters and  Proximity During
 Implant Placement, (Co-authored with R.W. Emery and Hamid Kazemi),
 Lecture, Abstract Session, 76th Annual Scientific Sessions of the American
 Association of Oral and Maxillofacial Surgeons, Denver, Colorado,
 September 28, 1994

Long-Term Experience with Posterior Mandibular Implants, Abstract, J Oral Maxillofac Surg,
 1994:52 (suppl): 95-96

Therapeutic Uses of Carbon Dioxide Lasers in Oral and Maxillofacial Surgery, Lectures, Denver,
 Colorado, September 28 and 29, 1994

Advancing the Practice of Oral and Maxillofacial Surgery, A practical hands-on and lecture course,
 focusing on applications, indications and techniques for using the $CO_2$ laser,
 Cleveland, Ohio, December 3, 1994

Diagnosis and Treatment of Sleep Disorders, Lecture, Delta Sigma Delta Dental Fraternity,
 Washington, DC, January 17, 1995

Advancing the Practice of Oral and Maxillofacial Surgery, A practical hands-on and lecture course,
 focusing on applications, indications and techniques for using the $CO_2$ laser,
 Orlando, Florida, January 28, 1995

Advancing the Practice of Oral and Maxillofacial Surgery, A practical hands-on and lecture course,
 focusing on applications, indications and techniques for using the $CO_2$ laser,
 Emory University, Atlanta, Georgia, February 18, 1995

Reconstructive Orthognathic Surgery and The Treatment of Sleep Disorders, Lecture, District of
 Columbia Dental Society 63rd Annual Spring Meeting,
 Washington, DC, March 4, 1995

Malpractice Pitfalls in Oral and Maxillofacial Surgery, Lecture, American Bar Association Annual
 Meeting, San Francisco, California, April 8, 1995

Long-Term Implant Success:  Private Practice Perspective, Lecture, Calcitek's 1995 International
 Implant Symposium, La Jolla, California, April 28, 1995

Use of the $CO_2$ Laser in Clinical Oral and Maxillofacial Surgery, Lecture, Great Lakes Society of
 Oral and Maxillofacial Surgeons, Indianapolis, Indiana, May 7, 1995

Applications, Indications and Techniques for Using the CO2 Laser in Oral and Maxillofacial Surgery and Diagnosis and Treatment of Sleep Disorders, Lecture and Hands-on Instruction, Northeastern Association of Oral and Maxillofacial Surgeons, Mystic, Connecticut, May 8, 1995

Lasers in the Oral and Maxillofacial Surgery Practice, Lecture and Hands-on Instruction, Dental School, University of Maryland, Baltimore, Maryland, May 13, 1995

Long-Term Experience Utilizing Hydroxylapatite Coated Implants, Lecture, Implant Study Group, University of Paris, School of Dentistry, Paris, France, June 9, 1995

Long-Term Implant Success:  A Private Practice Perspective, Lecture, College de Parodontie du Sud-Ouest, Toulouse, France, June 10, 1995

Advanced Implant Related Surgical Procedures to Improve Long-Term Success, Lecture, Renaissance Dental Study Club, Washington, DC, October 11, 1995

Use of the CO2 Laser in Oral, Facial and Sleep Disorder Surgery, Lecture and Hands-on Instruction Course, University of Texas, Dental Branch, Houston, Texas, October 21, 1995

Demonstration Course in the Use of the CO2 Laser for Facial Cosmetic Surgery, Treatment of Skin Lesions and Laser Assisted Uvulopalatoplasty, Washington, DC, November 15, 1995

Use of the CO2 Laser in Oral, Facial and Sleep Disorder Surgery, Lecture and Hands-on Instruction Course, Chicago, Illinois, November 18, 1995

Use of the CO2 Laser for Facial Cosmetic Surgery and the Treatment of Skin Lesions, Lecture and Demonstration Course, Washington, DC, December 9, 1995

Cosmetic Treatment of Facial Lesions and Wrinkles with the CO2 Laser, Brunch and Learn Lecture, Alpha Omega Dental Fraternity, Bethesda, Maryland, January 21, 1996

Use of the CO2 Laser in Oral, Facial and Sleep Disorder Surgery, Lecture and Hands-on Instruction Course, Denver, Colorado, January 27, 1996

Use of the CO2 Laser for Facial Cosmetic Surgery and the Treatment of Skin Lesions, Lecture and Demonstration Course, Washington, DC, February 3, 1996

Use of the CO2 Laser in Oral, Facial and Sleep Disorder Surgery, Lecture and Hands-on Instruction Course, Charlotte, North Carolina, February 24, 1996

Use of the CO2 Laser in Oral, Facial and Sleep Disorder Surgery, Lecture and Hands-on Instruction Course, Albany New York, March 16, 1996

Use of the CO2 Laser in Cosmetic Oral and Maxillofacial Surgery, Lecture, Southern Maryland Academy of General Dentistry, Rockville, Maryland, March 27, 1996

Use of the CO2 Laser for Facial Cosmetic Surgery and the Treatment of Skin Lesions, Lecture and Demonstration Course, Washington, DC, March 30, 1996

Using the Laser to Treat Dermatologic Pathology and Cosmetic Deficiencies of the Skin, Guest Lecture, Progressive Dental Study Club, Bethesda, Maryland, April 11, 1996

Use of the CO2 Laser in Oral, Facial and Sleep Disorder Surgery, Lecture and Hands-on Instruction Course, St. Louis, Missouri, April 20, 1996

Current Concepts in Facial Cosmetic Laser Surgery, Guest Lecture, Dental Progress Study Club, Chevy Chase, Maryland, April 22, 1996

Use of the CO2 Laser in Oral, Facial and Sleep Disorder Surgery, Lecture and Hands-on Instruction Course, Tampa, Florida, April 27, 1996

Skin Resurfacing Procedures Using the CO2 Laser, Lecture, American College of Oral and Maxillofacial Surgeons 17th Annual Meeting, Philadelphia, Pennsylvania, May 9, 1996

Laser Safety and the Operation of the Laser for Cosmetic Surgery and the Removal of Dermatologic Lesion, Eight Lectures and Hands-on Sessions, American College of Oral and Maxillofacial Surgeons 17th Annual Meeting, Philadelphia, Pennsylvania, May 10 ,11, and 12, 1996

The CO2 Laser for Treatment of Dermatologic Lesions and Cosmetic Skin Resurfacing, Guest
 Lecture, St. Luke's Roosevelt Hospital Center,
 New York, New York, June 7, 1996
Use of the CO2 Laser for Facial Cosmetic Surgery and the Treatment of Skin Lesions, Lecture and
 Demonstration Course, Washington, DC, June 8, 1996
Long-Term Experience with HA-Coated Implants: Clinical Analysis and Proposals for Success,
 Guest Lecture, Legacy Emanuel Hospital & Health Center, Portland, Oregon,
 June 19, 1996
Treatment of Pathologic and Cosmetic Facial Lesions with the CO2 Laser, Guest Lecture, Oregon
 Health Sciences University, Portland, Oregon, June 20, 1996
Use of the CO2 Laser in Oral, Facial and Sleep Disorder Surgery, Lecture and Hands-on
 Instruction Course, Seattle Washington, June 22, 1996
Use of the CO2 Laser in Oral, Facial and Sleep Disorder Surgery, Lecture and Hands-on
 Instruction Course, Louisville, Kentucky, July 13, 1996
Long-Term Evaluation of HA-Coated Implants: Paradigm for Success, Lecture, Calcitek's
 1996 International Implant Symposium, San Diego, California, August 3, 1996
Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and
 Hands-on Instruction Course, San Francisco, California, August 24, 1996
The CO2 Laser for Treatment of Dermatologic Lesions and Cosmetic Skin Resurfacing, Guest
 Lecture, Columbia Presbyterian Hospital, New York, New York,
 September 7, 1996
CO2 Laserabrasion for Facial Cosmetic Surgery and the Treatment of Skin Lesions, Lecture and
 Demonstration Course, Washington, DC, September 28, 1996
The CO2 Laser for Treatment of Dermatologic Lesions and Cosmetic Skin Resurfacing, Lecture,
 Atlanta, Georgia, October 13 1996
Use of the CO2 Laser for Facial Cosmetic Surgery and the Treatment of Skin Lesions, Lecture and
 Demonstration Course, Washington, DC, November 2, 1996
Laser Physics and Principles of Laser Surgery, Guest Lecture, Middle Atlantic Society of Oral and
 Maxillofacial Surgeons, Ellicot City, Maryland, November 7, 1996
Removal of Facial Lesions and Cosmetic Skin Resurfacing, Guest Lecture, Middle Atlantic
 Society of Oral and Maxillofacial Surgeons, Ellicot City, Maryland,
 November 7, 1996
Statistical Analysis of HA-Coated Endosseous Implants, Lecture, 1996 HA-Coated Implant
 Symposium, Tokyo, Japan, November 16, 1996
Adjunctive Procedures to Promote Long-Term Implant Success, Lecture, 1996 HA-Coated
 Implant Symposium Tokyo, Japan, November 17, 1996
Laser Cosmetic Skin Resurfacing, Article, Newsletter of the American Society Of Laser In
 Dentistry & Advanced Technologies, Fall 1996 Issue
The CO2 Laser for Treatment of Dermatologic Lesions and Cosmetic Skin Resurfacing, Lecture,
 Detroit, Michigan, December 7, 1996
Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and
 Hands-on Instruction Course, Santa Barbara, California, December 14, 1996
Long-Term Evaluation of HA-Coated Implants: Paradigm for Success, Abstract,
 Implant Dentistry: Volume 5, Number 4, 1996
Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture,
 Boston, Massachusetts, January 12, 1997
Bone Grafting and Nerve Repositioning Surgery to Improve the Success of Endosseous Implants,
 Guest Lecture, Central Maryland Implant Society, Columbia, Maryland,
 January 16, 1997
Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and
 Hands-on Instruction Course, Pittsburgh, Pennsylvania, January 18, 1997
Skin Resurfacing Procedures Using the Carbon Dioxide Laser, Lecture and Demonstration
 Course, Washington, DC, February 1, 1997

<u>Laser Treatment for Facial Pathology and Cosmetic Defects</u>, Lecture, District of Columbia Dental
          Society 65th Annual Meeting, Washington, DC, February 15, 1997

<u>Cosmetic Skin Resurfacing</u>, Lecture at the Louisiana State University School of Dentistry Course
          on Lasers in Oral and Maxillofacial and Cosmetic Surgery, New Orleans,
          Louisiana, February 22, 1997

<u>Marketing Your Practice for Cosmetic Surgery</u>, Lecture at the Louisiana State University School of
          Dentistry Course on Lasers in Oral and Maxillofacial and Cosmetic Surgery,
          New Orleans, Louisiana, February 22, 1997

<u>Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions</u>, Lecture and
          Hands-on Instruction Course, Chicago, Illinois, March 1, 1997

<u>Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions</u>, Lecture and
          Hands-on Instruction Course, St. Louis, Missouri, March 8, 1997

<u>Laser Assisted Uvulopalatoplasty (LAUP) for the Treatment of Obstructive Sleep Disorders</u>, Guest
          Lecture, Metro Study Club, Bethesda, Maryland, March 12, 1997

<u>Laser-Assisted Cosmetic Skin Resurfacing and Dentistry</u>, (Co-authored with Robert S. Emery),
          MSDA Journal, Volume 40 Number 1, Winter 1997

<u>Use of the CO2 Laser for Facial Cosmetic Surgery and the Treatment of Skin Lesions</u>, Lecture and
          Live Surgery Demonstration Course, Washington, DC, March 15, 1997

<u>CO2 Laser Skin Resurfacing Course</u>, Lecture, American College of Oral and Maxillofacial
          Surgeons 18th Annual Meeting, San Diego, California, March 20, 1997

<u>CO2 Laser Skin Resurfacing Course</u>, Clinical Sessions (6), American College of Oral and
          Maxillofacial Surgeons 18th Annual Meeting, San Diego, California,
          March 21 and 22, 1997

<u>Laser Facial Skin Resurfacing</u>, Lecture, Georgetown University, Washington, DC,
          March 26, 1997

<u>Microsporidiosis of the Mandible in a Patient with Acquired Immunodeficiency Disease</u>,
          (Co-authored with James Belcher and Barry Schmookler), J Oral Maxillofac
          Surg, 55:424-426, April 1997

<u>Laserabrasion for Cosmetic Skin Resurfacing</u>, Lecture, Kentucky Society of Oral and
          Maxillofacial Surgeons, Louisville, Kentucky, April 5, 1997

<u>Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions</u>, Lecture and
          Hands-on Instruction Course, Ohio State University, April 19, 1997

<u>Laser Cosmetic Skin Resurfacing and Removal of Dermatologic Pathology</u>, Lecture and Hands-on
          Instruction Course, Dallas, Texas, April 26, 1997

<u>Use of the CO2 Laser for Facial Cosmetic Surgery and the Treatment of Skin Lesions</u>, Lecture and
          Live Surgery Demonstration Course, Washington, DC, May 3, 1997

<u>Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions</u>, Lecture and
          Hands-on Instruction Course, New York, New York, May 10, 1997

<u>Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions</u>, Lecture and
          Hands-on Instruction Course, Kansas City, Missouri, May 31, 1997

<u>Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions</u>, Lecture and
          Hands-on Instruction Course, Denver, Colorado, June 7, 1997

<u>Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions</u>, Lecture and
          Hands-on Instruction Course, Orlando, Florida, July 12, 1997

<u>Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions</u>, Lecture and
          Hands-on Instruction Course, Monterey, California, July 26, 1997

<u>Use of the CO2 Laser for Facial Cosmetic Surgery and the Treatment of Skin Lesions</u>, Lecture and
          Live Surgery Demonstration Course, Washington, DC, September 13, 1997

<u>Laser Assisted Removal of Facial Rhytids and Lesions</u>, Lecture, Surgical Clinic, 79th Annual
          Scientific Sessions of the American Association of Oral and Maxillofacial
          Surgeons, Seattle, Washington, September 19, 1997

<u>Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions</u>, Lecture and
          Hands-on Instruction Course, San Francisco, California, October 4, 1997

Curriculum Vitae: Steven A. Guttenberg, DDS, MD
Page 11
November 13, 2007

Use of the CO2 Laser for Facial Cosmetic Surgery, Treatment of Skin Lesions and
Blepharoplasties, Lecture and Live Surgery Demonstration Course,
Washington, DC, October 23, 24, 25, 1997

CO2 Laser Workshop for Oral and Maxillofacial Surgeons, Lecture and Hands-on Instruction
Course, Coral Gables, Florida, October 31, November 1, 1997

Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and
Hands-on Instruction Course, Stamford, Connecticut, November 15, 1997

Laser Cosmetic Skin Resurfacing, Lecture Course, Scottsdale, Arizona, December 6, 1997

Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and
Hands-on Instruction Course, Cincinnati, Ohio, December 12 and 13, 1997

Use of the CO2 Laser for Facial Cosmetic Surgery, Treatment of Skin Lesions and
Blepharoplasties, Live Surgery Demonstration Course, Washington, DC,
January 10, 1998

Safety and Successfulness of Hydroxylapatite Coated Implants, Testimony before the Dental
Products Panel Meeting of the Food and Drug Administration on the
Reclassification of Endosseous Implant Subgroups, Rockville, Maryland,
January 13, 1998

Ask the Expert, Answering Health Questions at the NBC 4 Your Health and Fitness Expo,
Washington, DC, January 17, 1998

Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and
Hands-on Instruction Course, St. Louis, Missouri, January 24, 1998

Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and
Hands-on Instruction Course, Atlanta, Georgia, January 30 and 31, 1998

Surgical Procedures to Improve Prosthetic Results and Implant Survival Outcomes, Lecture,
Scientific Sessions of International Congress of Oral Implantologists Winter
Symposium, Tarpon Springs, Florida, February 5, 1998

Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and
Hands-on Instruction Course, Bellevue, Washington, February 14, 1998

Use of the CO2 Laser for Facial Cosmetic Surgery, Treatment of Skin Lesions and
Blepharoplasties, Lecture and Live Surgery Demonstration Course,
Washington, DC, February 19, 20, 21, 1998

Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and
Hands-on Instruction Course, Iselin, New Jersey, February 27 and 28, 1998

Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and
Hands-on Instruction Course, Chicago, Illinois, March 14, 1998

Laser Treatment of Skin Lesions, Lecture, Twelfth Annual University of Pennsylvania Oral and
Maxillofacial Surgery Conference, Palm Beach, Florida, April 3, 1998

Complications of Laser Surgery, Lecture, Twelfth Annual University of Pennsylvania Oral and
Maxillofacial Surgery Conference, Palm Beach, Florida, April 4, 1998

Update on Current Techniques to Improve Implant Success, Lecture, Greater Baltimore Implant
Study Club, Timonium, Maryland, April 14, 1998

Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and
Hands-on Instruction Course, Pittsburgh, Pennsylvania, April 17 and 18, 1998

Surgical Procedures to Increase Implant Success, Lecture, 25th Annual Scientific Sessions of
The Academy for Implants and Transplants, Washington, DC, April 30, 1998

Use of the CO2 Laser for Facial Cosmetic Surgery, Treatment of Skin Lesions and
Blepharoplasties, Live Surgery Demonstration Course, Washington, DC,
May 16, 1998

Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and
Hands-on Instruction Course, Costa Mesa, California, May 29 and 30, 1998

Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and
Hands-on Instruction Course, Chicago, Illinois, June 19 and 20, 1998

Curriculum Vitae: Steven A. Guttenberg, DDS, MD
Page 12
November 13, 2007

Use of the CO2 Laser in the Treatment of Pathologic and Cosmetic Facial Lesions, Lecture and
              Hands-on Instruction Course, Charlotte, North Carolina, July 10 and 11, 1998
Effect of Managed Care on Oral and Maxillofacial Surgery, Interview by Charles Bierbauer, CNN,
              Broadcast on July 15, 1998
Laser Assisted Skin Resurfacing and Blepharoplasties, Abstract, J Oral Maxillofac Surg, August
              1998:56, Number 8, Supplement 4: 131-132
Symposium on Laser Types and Uses, Moderator of Major Symposium at 80th Annual Scientific
              Sessions of the American Association of Oral and Maxillofacial Surgeons, New
              Orleans, Louisiana, September 16, 1998
Laser Assisted Skin Resurfacing and Blepharoplasties, Lecture, Surgical Clinic, 80th Annual
              Scientific Sessions of the American Association of Oral and Maxillofacial
              Surgeons, New Orleans, Louisiana, September 17, 1998
Laser-Assisted Facial Cosmetic Surgery and Treatment of Common Dermatologic Lesions, Lecture
              and Hands-on Instruction Course, Scottsdale, Arizona,
              October 30 and 31, 1998
Laser-Assisted Facial Cosmetic Surgery and Treatment of Common Dermatologic Lesions, Lecture
              and Hands-on Instruction Course, Cleveland, Ohio,
              November 13 and 14, 1998
Laser-Assisted Facial Cosmetic Surgery and Treatment of Common Dermatologic Lesions, Lecture
              and Hands-on Instruction Course, Dallas, Texas, December 11 and 12, 1998
Pediatric Facial Fractures: Who Should Treat What, and How?, Correspondence and Brief
              Communications, Letter to the Editor (Co-authored with Robert W. Emery),
              Plast. Reconstr. Surg. 103: 325, 1999
Lasers and Facial Surgical Procedures, Lecture and Surgical Demonstration Course, Temple
              University School of Dentistry, Philadelphia, Pennsylvania,
              January 8 and 9, 1999
Site Preparation and Development for Optimal Dental Implant Placement, Lecture, Rockville Study
              Club, Rockville, Maryland, January 18, 1999
Surgical Techniques to Enhance Implant Success, Brunch and Learn Lecture, Alpha Omega Dental
              Fraternity, Columbia, Maryland, January 24, 1999
Treatment of the "Baggy Eyelid" Deformity: Blepharoplasty and Laser, Lecture, American College
              of Oral and Maxillofacial Surgeons 20th Annual Meeting, Orlando, Florida
              February 26, 1999
Oral Brush Biopsy: A Minimally Invasive Computer Assisted Diagnostic Tool, Lecture,
              Washington, DC, April 6, 1999
Laser-Assisted Facial Cosmetic Surgery and Treatment of Common Dermatologic Lesions, Lecture
              and Hands-on Instruction Course, Boston, Massachusetts
              April 10 and 11, 1999
Oral Brush Biopsy: A Minimally Invasive Computer Assisted Diagnostic Tool, Lecture,
              Washington, DC, April 20, 1999
Oral Brush Biopsy: A Minimally Invasive Computer Assisted Diagnostic Tool, Lecture,
              Washington, DC, May 4, 1999
Advanced Surgical Considerations for the Implant Patient, Lecture Course, Ohio State University,
              Columbus, Ohio, May 19, 1999
Laser Resurfacing and Oral and Maxillofacial Surgeons, Letter to the Editor (Co-authored with
              Robert W. Emery), Dermatol Surg 25: 519, June 1999
Highly Crystalline MP-1 Hydroxylapatite Coating Part II: In Vivo Performance on Endosseous
              Root Implants in Dogs, (Co-authored with Ann V. Burgess, Brooks J. Story,
              William R. Wagner, Paolo Trisi, and Michael Pikos), Clinical Oral Implant
              Research, 10: 257-266, 1999
Management Priorities and Treatment Strategies for Medical Emergencies in the Dental Office
              (Co-authored with Robert W. Emery) Chapter in Dental Clinics of North
              America, WB Saunders, Volume 43, Number 3: 401-419, July 1999

Curriculum Vitae: Steven A. Guttenberg, DDS, MD
Page 13
November 13, 2007

Surgical Approaches to Expedite Dental Implant Placement, Enhance Aesthetics and Improve
            Survival Statistics, Lecture Course, Temple University School of Dentistry,
            Philadelphia, Pennsylvania, July 30, 1999
Laser Assisted Skin Resurfacing and Blepharoplasties, Abstract, J Oral Maxillofac Surg, August
            1999:57, Number 8, Supplement 1: 153-154
Surgical Strategies to Facilitate Excellent Implant Restorative, Cosmetic and Functional Outcomes,
            Lecture, 22nd Annual Greater Niagara Frontier Dental Meeting, Buffalo, New
            York, September 30, 1999
Laser Assisted Skin Resurfacing and Blepharoplasties, Lecture, Surgical Clinic, 81st Annual
            Scientific Sessions of the American Association of Oral and Maxillofacial
            Surgeons, Boston, Massachusetts, October 1, 1999
Enhancing the Facial Profile by Restructuring the Underlying Bone, Lecture, Symposium on Body
            Contouring and Facial Profile Enhancement, American Academy of Cosmetic
            Surgery, Chicago, Illinois, October 15, 1999
Advanced Maxillofacial Surgical Techniques in Dental Implantology, Lecture, University of Hong
            Kong, Hong Kong Association of Oral and Maxillofacial Surgeons,
            November 6, 1999
Current Concepts in Dental Implantology, Lectures and Surgical Demonstrations, Hokkaido Health
            Sciences University, Sapporo, Japan, November 12, 13, 14, 1999
Hydroxylapatite Facts and Fiction: A Report on Long-term Implant Success, (Co-authored with
            Osamu Tanaka, Takeo Maida, Tomoaki Sato, and Makoto Tamura),
            Dental Outlook Journal (Japan), Volume 95 No. 2, February 2000
Facial Cosmetic Surgery and Treatment of Common Dermatologic Lesions, Lecture Course,
            Montana Society of Oral and Maxillofacial Surgeons, Big Sky, Montana,
            February 11, 2000
Dentoalveolar Ridge Reconstruction for the Placement of Dental Implants, Lecture Course,
            Montana Society of Oral and Maxillofacial Surgeons, Big Sky, Montana,
            February 12, 2000
Lasers, Cosmetic Facial Surgery and Implantology, Eight Lectures, Medical College of Virginia
            Continuing Education Course, February 20-27, 2000
Sleep Apnea and Snoring: Recognition and Therapy, Lecture, Tysons Dental Study Club,
            Vienna, VA, March 6, 2000
Use of the CO2 Laser for Facial Cosmetic Enhancement, Guest Speaker, Lecture, 47th Annual
            Symposium of the Society of Air Force Clinical Surgeons,
            Biloxi, Mississippi, April 6, 2000
Cosmetic Surgery Symposium, Moderator, American College of Oral and Maxillofacial Surgeons
            21st Annual Meeting, Washington, DC, April 17, 2000
Reconstructive Surgery to Facilitate Dental Implant Placement and Success , Lecture Course,
            Francis Scott Key Study Club, Frederick, MD, May 3, 2000
Laser Cosmetic Surgery, Lectures, Florida Society of Oral and Maxillofacial Surgeons,
            Long Boat Key, July 28 and 29, 2000
The 3 B's of Upper Face Rejuvenation: Blepharoplasty, Browlifting and Botulinum, Abstract, J
            Oral Maxillofac Surg, August 2000:58, Number 8, Supplement 1: 107
Laser Assisted Skin Resurfacing and Blepharoplasties, Abstract, J Oral Maxillofac Surg, August
            2000:58, Number 8, Supplement 1: 124-125
Esthetic Cutaneous Laser Surgery and Chemical Peels, Chapter in Oral and Maxillofacial Surgery
            (a seven volume textbook),Volume 6, Section III, Chapter 19, 421-457,
            Ray Fonseca, ed., WB Saunders, Philadelphia, 2000
Surgical Procedures to Facilitate Ideal Implant Restorations, Lecture, Rancho Santa Fe, CA,
            September 8, 2000.
Cosmetic and Functional Aspects of Orthognathic Surgery: A Primer for Dentists, Alpha Omegan,
            Volume 93, Number 3, August/September 2000. Scientific Issue.

Curriculum Vitae: Steven A. Guttenberg, DDS, MD
Page 14
November 13, 2007

The 3 B's of Upper Face Rejuvenation: Blepharoplasty, Browlifting and Botulinum, Lecture,
Surgical Clinic, 82nd Annual Scientific Sessions of the American Association
of Oral and Maxillofacial Surgeons, San Francisco, California,
September 20, 2000
Laser Assisted Skin Resurfacing and Blepharoplasties, Lecture, Surgical Clinic, 82nd Annual
Scientific Sessions of the American Association of Oral and Maxillofacial
Surgeons, San Francisco, California, September 22, 2000
Orthognathic and Craniofacial Surgery, Reactor Panelist, Abstract Session , 82nd Annual
Scientific Sessions of the American Association of Oral and Maxillofacial
Surgeons, San Francisco, California, September 23, 2000
Oral Surgical Adjuncts to Dental Aesthetics, Lecture, Comprehensive Care Study Sessions (Seattle
Study Club), Chevy Chase, MD, November 1, 2000
Scope of Oral and Maxillofacial Surgery, Interview by KFNX Radio Show "Tooth Talk",
Broadcast on November 9, 2000
Temporomandibular Disorders, Lecture, Peace Corps Medical Division, Washington, DC,
December 19, 2000
Advances in the Reconstruction of Deficient Dentoalveolar Ridges: An Overview, Lecture,
American College of Oral and Maxillofacial Surgeons 22nd Annual Meeting,
Las Vegas, Nevada, April 29, 2001
Contemporary, Office Based, Aesthetic Facial Enhancement, Lecture, The International Academy
for Dental Facial Esthetics, Paris, France, May 11, 2001
Lasers, Cosmetic Facial Surgery and Implantology, Series of Lectures, Medical College of
Virginia Continuing Education Course/Mediterranean Cruise, May 12-19, 2001
Scope of Oral and Maxillofacial Surgery, Interview by KFNX Radio Show "Tooth Talk",
Broadcast on May 31, 2001
A Single Standard in Double Degree, Letter to the Editor,
J Oral Maxillofac Surg, 59: 714-715, June 2001
Techniques to Improve Communication and Team Collaboration, Lectures (2), 2001 American
Association of Oral and Maxillofacial Surgeons Dental Implant Conference,
Chicago, Illinois, November 30, 2001
Techniques for Use in Medical Emergencies I and II, Lectures (2), District of Columbia Dental
Society, 70th Annual Nation's Capital Dental Meeting, Washington, DC,
March 2, 2002
Current Strategies to Increase Jaw Bone Volume and Implant Success,Lecture, American College
of Oral and Maxillofacial Surgeons 23rd Annual Meeting, Biloxi, Mississippi
April 12, 2002
Cosmetic Rejuvenation: of the Upper Face, Lecture, Howard University Hospital,
Washington, DC, May 2, 2002
Nerve Repositioning for Implant Placement, (co-authored with Robert W. Emery), Implant News
and Views, May/June 2002 Volume 4, Number 3: 6-10
Techniques to Improve Communication and Team Collaboration,, Lecture, Maryland Dental
Implant Study Club, Baltimore, Maryland, May 14, 2002
Surgical Modalities to Improve Implant Restorative Success, Lecture, Prizm Dental Clinical
Session, Bethesda, Maryland, May 21, 2002
Communicating to Enhance Collaboration of the Implant Team, Lecture, San Diego Mini
Residency Implant Study Club, San Diego, California, July 17, 2002
Altering the Anatomically Deficient Alveolar Ridge, Lecture, San Diego Mini Residency Implant
Study Club, San Diego, California, July 17, 2002
Removing Facial Moles, Lumps and Bumps, Lecture, Cosmetic Symposium, 84th Annual
Scientific Sessions of the American Association of Oral and Maxillofacial
Surgeons, Chicago, Illinois, October 3, 2002
The 3 B's of Upper Face Rejuvenation: Blepharoplasty, Browlifting and Botulinum, Lecture,
Surgical Clinic, 84th Annual Scientific Sessions of the American Association of
Oral and Maxillofacial Surgeons, Chicago, Illinois, October 2, 2002

Curriculum Vitae: Steven A. Guttenberg, DDS, MD
Page 15
November 13, 2007

Surgical Techniques to Enhance Functional and Esthetic Dental Implant Success, Lecture, Surgical
        Mini-Lecture, 84th Annual Scientific Sessions of the American Association of
        Oral and Maxillofacial Surgeons, Chicago, Illinois, October 5, 2002
Botulinum: It's Not Just for Poisoning Anymore, Lecture, 2002 New Era of Medicine Symposium,
        St. John, US Virgin Islands, December 10, 2002
Understanding Skin Quality, Lecture, American College of Oral and Maxillofacial Surgeons
        Cosmetic Symposium, Biloxi, Mississippi, January 20, 2003
Procedures to Enhance Cosmetic Facial Surgery, Lecture, Cosmetic Symposium, American College
        of Oral and Maxillofacial Surgeons, Biloxi, Mississippi, January 20, 2003
Lasers, Cosmetic Facial Surgery and Implant Surgery, Eight Lectures, Medical College of Virginia
        Continuing Education Course, March 9-16, 2003
Platelet Rich Plasma and Bone Grafting, Lecture, Comprehensive Care Study Sessions (Seattle
        Study Club), Chevy Chase, MD, March 17, 2003
Update on Common Medicine Conditions, Lecture, District of Columbia Dental Society, 71st
        Annual Nation's Capital Dental Meeting, Washington, DC, March 27, 2003
Treatment of Medical Emergencies in the Dental Office, Lecture, District of Columbia Dental
        Society, 71st Annual Nation's Capital Dental Meeting, Washington, DC,
        March 27, 2003
So, What's New in Medicine? Lecture, District of Columbia Academy of General Dentistry,
        Washington, DC, April 23, 2003
Bone Grafting... in Half the Time?, Lecture, Friadent 10th Annual Implant Symposium,
        Mannheim, Germany, May 16, 2003
Update on Contemporary Oral and Maxillofacial Surgery, Numerous Lectures (all day program),
        Fort Gordon, Augusta, Georgia, June 16, 2003
Cosmetic Facial Enhancement Without Surgery, Lecture, Renaissance II Study Club,
        Washington, DC, July 16, 2003
Surgical Techniques to Enhance Functional and Esthetic Dental Implant Success, Abstract, J Oral
        and Maxillofacial Surg 61:8 Suppl.1:104, 2003
The 3 B's of Upper Face Rejuvenation: Blepharoplasty, Browlifting and Botulinum, Abstract, J
        Oral and Maxillofacial Surg 61:8 Suppl.1:109, 2003
The 3 B's of Upper Face Rejuvenation: Blepharoplasty, Browlifting and Botulinum, Lecture,
        Surgical Clinic, 85th Annual Scientific Sessions of the American Association of
        Oral and Maxillofacial Surgeons, Orlando, Florida, September 10, 2003
Surgical Techniques to Enhance Functional and Esthetic Dental Implant Success, Lecture, Surgical
        Mini-Lecture, 85th Annual Scientific Sessions of the American Association of
        Oral and Maxillofacial Surgeons, Orlando, Florida, September 13, 2003
Enhancing Facial Aesthetics by Manipulation of the Underlying Osseous Structures, Lecture,
        American Academy of Cosmetic Surgery Symposium on Body Augmentation
        and Contouring, October 10, 2003, Philadelphia, Pennsylvania
How to Make Your Face Look Better Without Surgery, Lecture, Hadassah Nurses Council,
        Rockville, Maryland, Scheduled for November 12, 2003
Noninvasive Ways of Improving Facial Beauty, Lecture, 2003 New Era of Medicine Symposium,
        St. Croix, US Virgin Islands, December 10, 2003
Aesthetic and Functional Use of Botulinum Toxin in the Maxillofacial Region, Lecture, Cosmetic
        Symposium, American College of Oral and Maxillofacial Surgeons, NOVA
        Southeastern University, Fort Lauderdale, Florida, January 19, 2004
Update on Contemporary Oral and Maxillofacial Surgery, Numerous Lectures (all day program),
        NOVA Southeastern University, Ft. Lauderdale, Florida, February 16, 2004
Bone Enhancement - Local and Systemic: Plenary Session II, Panelist and Panel Chairman, World
        Congress of Oral Implantology 6, Honolulu, Hawaii, March 5, 2004
Onlay Bone Grafting for Vertical and Horizontal Augmentation of the Maxilla and Mandible,.
        Lecture, World Congress of Oral Implantology 6, Honolulu, Hawaii,
        March 6, 2004

Curriculum Vitae: Steven A. Guttenberg, DDS, MD
Page 16
November 13, 2007

Wrinkle Reduction Using BOTOX: Cosmetic in Oral and Maxillofacial Surgery, Three Lectures,
American College of Oral and Maxillofacial Surgeons 25th Annual Meeting,,
Hollywood, Florida, April 17, 2004
Osseous Recreation of Deficient Dentoalveolar Ridges, Lecture, American College of Oral and
Maxillofacial Surgeons 25th Annual Meeting,, Hollywood, Florida,
April 18, 2004
Enhancing Facial Aesthetics Without Surgery, Lecture, Galil Hadassah, Rockville, Maryland,
April 26, 2004
Update on Common Medicine Conditions, Lecture, District of Columbia Dental Society, 72nd
Annual Nation's Capital Dental Meeting, Washington, DC, May 13, 2004
Treatment of Medical Emergencies in the Dental Office, Lecture, District of Columbia Dental
Society, 72nd Annual Nation's Capital Dental Meeting, Washington, DC,
May 13, 2004
Lasers in Oral and Maxillofacial Surgery, Oral and Maxillofacial Surgery Clinics of North
America, Co-Editor, Volume 16 Number 2, WB Saunders,
Philadelphia, May 2004
Preface, Oral and Maxillofacial Surgery Clinics of North America, Vol. 16 Number 2, xi-xii,
WB Saunders, Philadelphia, May 2004
Laser Physics and Tissue Interaction, Chapter in Oral and Maxillofacial Surgery Clinics of North
America, Vol.16 Number 2, 143-147, WB Saunders, Philadelphia, May 2004
Laser Dermatopathology, Chapter in Oral and Maxillofacial Surgery Clinics of North America,
Vol. 16 Number 2, 189-195, WB Saunders, Philadelphia, May 2004
Laser Cosmetic Skin Resurfacing, Chapter in Oral and Maxillofacial Surgery Clinics of North
America, Vol. 16 Number 2, 197-213, WB Saunders, Philadelphia, May 2004
BOTOX Cosmetic and Restylane: Strategies to Enhance Facial Beauty, Lecture and Demonstration
Course, Greater Washington Academy of Women Dentists, Washington, DC,
June 3, 2004
BOTOX: Cosmetic and Functional Uses in Oral and Maxillofacial Surgery, Lecture, Surgical
Clinic, 86th Annual Scientific Sessions of the American Association of Oral and
Maxillofacial Surgeons, San Francisco, California, September 30, 2004
Building and Maintaining an Insurance-Free Practice, Lecture, 86th Annual Scientific Sessions of
the American Association of Oral and Maxillofacial Surgeons, San Francisco,
California, October 2, 2004
Update on Common Medicine Conditions, Lecture, District of Columbia Dental Hygienists'
Association Capital Symposiums, Washington, DC, October, 23, 2004
Management of Medical Emergencies in the Dental Office, Lecture, District of Columbia Dental
Hygienists' Association Capital Symposiums, Washington, DC,
October, 23, 2004
Orthognathic and Cosmetic Surgery, Lecture, Howard University, School of Dentistry,
Washington, DC, November 24, 2004
Facial Cosmetic Procedures to Augment Cosmetic Dental Results, Lecture, District of Columbia
Academy of General Dentistry, Washington, DC, January 12, 2005
Perioral and Gingival Cosmetic Surgery, Laboratory Instructor, Cosmetic Symposium, American
College of Oral and Maxillofacial Surgeons, Louisiana State University Health
Sciences Center, New Orleans, Louisiana January 15 and 16, 2005
Nonsurgical Strategies to Improve Facial Beauty, Lecture, Miami Winter Meeting and Dental Expo,
Miami Beach, Florida, January 21, 2005
Medical Update for Practicing Dentists, Lecture, Miami Winter Meeting and Dental Expo, Miami
Beach, Florida, January 21, 2005
Dental Healthcare, Guest interview (one hour) by Armstrong Williams on his television program,
"The Right Side with Armstrong Williams", March 14, 2005
Educational Purpose and Content: More on the Offshore Degree,
J Oral Maxillofac Surg, 63: 571-572, April 2005

Curriculum Vitae: Steven A. Guttenberg, DDS, MD
Page 17
November 13, 2007

Platelet Rich Plasma Preparation and Maxillary Sinusplasty with Bone Graft, Interview and Live
  Procedure Video by Eliza Bussy, Reuters Health, May 24, 2005
Cutting the Umbilicus: Creating a Profitable Private Practice, Academic Day Mark Wein Memorial
  Lecture, OMS and GPR programs, University of Miami School of Medicine,
  Miami Beach, Florida, June 18, 2005
Three Dimensional Digital Imaging, Interview by IJ Hudson, WRC TV 4 (NBC), June 23, 2005
The 3 B's of Upper Face Rejuvenation: Browlifts, Blepharoplasties, and Botox, Lecture, American
  College of Oral and Maxillofacial Surgeons 26th Annual Meeting,, Halifax,
  Nova Scotia, June 24, 2005
Botox: Cosmetic and Functional Uses in Oral and Maxillofacial Surgery, Abstract, J Oral and
  Maxillofacial Surg 63:8 Suppl.1:111, 2005
In-office Pre and Post Operative Implant Imaging with the i-CAT Digital 3-D Computed
  Tomogram: A Significant Technological Advance, Lecture, 9th Congress of the
  International Congress of Oral Implantologists (ICOI) Asia Pacific Section,
  Jeju Island, South Korea, September 2, 2005
i-CAT 3 Dimensional Digital Imaging: Improving Patient Care, Lecture, Living Well Hospital,
  Dental Symposium, Seoul, South Korea, September 4, 2005,
Ethics Seminar: :Offshore Degrees-Sorting Through the Ethical Issues', Invited Panelist, 87th
  Annual Scientific Sessions of the American Association of Oral and
  Maxillofacial Surgeons, Boston, Massachusetts, September 21, 2005
Building and Maintaining an Insurance-Free Practice, Lecture, 87th Annual Scientific Sessions of
  the American Association of Oral and Maxillofacial Surgeons, Boston,
  Massachusetts, September 22, 2005
BOTOX: Cosmetic and Functional Uses in Oral and Maxillofacial Surgery, Lecture, Surgical
  Mini-Lecture, 87th Annual Scientific Sessions of the American Association of
  Oral and Maxillofacial Surgeons, Boston, Massachusetts, September 24, 2005
Dentofacial Deformities: Orthognathic and Esthetic Surgery, Lecture, Howard University, School
  of Dentistry, Washington, DC, October 12, 2005
Update on Medical Conditions and Medical Emergencies in the Dental Office, Lecture, 28th
  Annual Greater Niagara Frontier Dental Meeting, Buffalo, New York,
  October 27, 2005
Oral and Maxillofacial Surgery: What's New and How Can it Benefit You and Your Patients?,
  Lecture, 28th Annual Greater Niagara Frontier Dental Meeting, Buffalo, New
  York, October 27, 2005
i-CAT Digital 3-D Computed Tomography: Improving Implantology, Lecture, Washington, DC
  November 19, 2005.
The Latest on Early Detection of Oropharyngeal Cancer, Live interview by Andrea
  Roane on WUSA-TV, Washington, DC, November 23, 2005
TMJ: Fact, Fantasy and Fiction, Lecture, 2006 New Era of Medicine Symposium,  Grand Cayman
  Island, January 20, 2006
Innovations in Dentistry: In-office 3 Dimensional Digital Radiographic Imaging, Lecture, Robert T.
  Freeman Dental Society, Washington, DC, February 21, 2006
Medical Emergencies in the Dental Office, Lecture, Vietnamese-American Dental Study Club,
  McLean, Virginia, March 29, 2006
Introduction to Facial Cosmetic Surgery, Lecture, Howard University OMS Residents,
  Washington, DC,  April 3, 2006
Update on Medical Conditions and Medical Emergencies in the Dental Office, Lecture, 74th
  Annual Nation's Capital Dental Meeting, Washington, DC,  April 20, 2006
Dental Implantology: Yesterday, Today and Tomorrow Lecture, American College of Oral and
  Maxillofacial Surgeons 27th Annual Meeting,, Las Vegas, Nevada, May 1, 2006
Perioral Chemical and Laser Skin Resurfacing, Lecture, American College of Oral and
  Maxillofacial Surgeons 27th Annual Meeting,, Las Vegas, Nevada, May 3. 2006

Soft tissue lipoma with the radiographic appearance of a neoplasm within the mandibular canal,
Pass, B, Guttenberg, S, Childers, ELB and Emery, RW, Dentomaxillofacial
Radiology,(2006) 35, 299-302

Upgrading Dental Implant Diagnostics and Treatment Results with 3 Dimensional Radiographs:
In-Office Cone Beam Computed Tomography, Lecture, Guy's Hospital,
London, England, July 3, 2006

Improved Dentofacial Diagnostics and Treatment Outcomes Using i-CAT CBCT Imaging, Lecture,
London, England, July 4, 2006

Dental and Oral and Maxillofacial Applications for the i-CAT Cone Beam Computed Tomogram,
Lecture, Universitat Internacional de Catalunya ( UIC ) Dental School,
Barcelona, Spain, July 7, 2006

Early Detection and Treatment of Oropharyngeal Cancer, Lecture, Medicine in the 21st Century
Conference, Mediterranean Cruise, July 14, 2006.

Practical Integration of Intreactive CT Technology for the Oral and Maxillofacial Surgery Practice,
Lecture for Clinical Interest Group on Dental Implantology, 88th Annual
Scientific Sessions of the American Association of Oral and Maxillofacial
Surgeons, San Diego, California, October 5, 2006.

Update on Medicine and the Latest on Bisphosphonate Induced ONJ, Lecture, District of Columbia
Academy of General Dentistry, Washington, DC, October 25, 2006.

Diagnosis and Treatment Planning for Mandibular Fractures, Lecture, George Washington
University Hospital, Washington, DC, November 10, 2006

Dentofacial Deformities: Orthognathic and Esthetic Surgery, Lecture, Howard University, School
of Dentistry, Washington, DC, November 22, 2006

The Bone Wasn't Where I Thought It Was: Intraoperative Problem Solving and Current
Preoperative Problem Avoidance Using In-office CBCT Technology, Lecture,
Symposium on Treatment Planning Complications, 2006 American Association
of Oral and Maxillofacial Surgeons, Dental Implant Conference, Chicago,
Illinois, December 1, 2006.

Lasers in Cosmetic Facial Surgery, Lecture and Hands-on Demonstrations, Cosmetic Symposium,
American College of Oral and Maxillofacial Surgeons, New Orleans, LA,
January 13 and 14, 2007

Enhanced In-Office Radiology for All Dentists: i-CAT 3 Dimensional Computed Tomography,
Lecture, Maimonides Dental Society, Washington, DC, January 23, 2007

Update on Medicine for the Dental Community, Lecture, Renaissance Dental Study Club,
Washington, DC, January 30, 2007

Effects of Dental Disease on the Rest of the Body, Interview by Pat Brogan, WMAL Radio,
Broadcast on multiple occasions, February 28, 2007

Medical Updates for Dentists, Lecture, Dr. Scott Goodove Peer Practicum, Virginia Beach, Virginia,
March 9, 2007

The Latest on Diagnosic Dental Radiology: Cone Beam CT, Lecture, Dr. Scott Goodove Peer
Practicum, Virginia Beach, Virginia, March 9, 2007

Keeping Up with Current Medical Events, Lecture, Howard County Dental Hygienists Association,
Columbia, Maryland, April 11, 2007

Update on Medical Conditions for Dental Professionals, Lecture, 75th Annual Nation's Capital
Dental Meeting, Washington, DC, April 19, 2007

Cone Beam CT Technology for Oral and Maxillofacial Surgeons, Lecture, American College of
Oral & Maxillofacial Surgeons 28th Annual Scientific Conference, Orlando,
Florida, April 29, 2007

In-Office 3 Dimensional Cone Beam Computed Tomography, Lecture, International Oral and
Maxillofacial Surgery Congress, Antalya, Turkey, May 17, 2007

Plenary Session 2, Chairperson, International Oral and Maxillofacial Surgery Congress, Antalya,
Turkey, May 17, 2007

Curriculum Vitae: Steven A. Guttenberg, DDS, MD
Page 19
November 13, 2007

Bisphosphonate-related exposed, non-vital bone (osteonecrosis) of the jaws: a report of three cases
        demonstrating striking variability in outcomes and morbidity, Co-authored with
        Kumar, V., Pass, B, Ludlow, JB, Emery, RW, Tyndall, DA and Padilla, RJ,
        J Am Dent Assoc, 2007 138: 602-609.
New Techniques and Technology in Implant Dentistry Reduce Treatment Time, Co-authored with
        Emery, R.W. and Watkins, B., Inside Dentistry, June 2007: 86-88.
Aesthetic Orthognathic Surgery, Lecture, Internatioanal Conference of Facial Esthetics, Vienna,
        Austria, June 16, 2007
Chairman for Section on the Masticatory Organ I, Internatioanal Conference of Facial Esthetics,
        Vienna, Austria,, June 16, 2007
Computer Planned and Guided Implant Surgery, Lecture, Internatioanal Conference of Facial
        Esthetics, Vienna, Austria, June 16, 2007
Profit in 3 Dimensions, Co-authored with Emery, RW, Dental Economics, 2007, 97: 52-60.
Update in Medicine for Dentists, Lecture, Chevy Chase Millennium Dental Study Club,
        Washington, DC, September 27, 2007
The Current Scourges: Bisphosphonate Induced Osteonecrosis of the Jaws and Methicillin
        Resistant Staphylococcus Aureus, Lecture, Washington Dental Study Club,
        Washington, DC, October 24, 2007
Dentofacial Deformities: Orthognathic and Esthetic Surgery, Lecture, Howard University, School
        of Dentistry, Washington, DC, Scheduled for November 21, 2007
Facilitating Improved Dental Impant Outcomes by Utilizing in-Office Computed Tomographic
        Technology, Lecture, AAOMS Dental Implant Conference, Exhibitor
        Showcase, Chicago, Illinois, Scheduled for November 29, 2007
Avoiding Complications Through Three-Dimensional Imaging, Lectures (2), Academy of
        Osseointegration 23rd Annual Meeting, Boston Massachuesetts,
        Scheduled for February 29, 2008
Update on Medical Conditions for Dental Professionals, Lecture, 76h Annual Nation's Capital
        Dental Meeting, Washington, DC, Scheduled for April 24, 2008
The Contribution of Cone Beam Computed Tomography to Successful Reconstruction Results,
        Lecture, The Creation of a Beautiful Smile from Soft and Hard Tissue
        Reconstruction Seminar, Miami, Florida, Scheduled for April 25-26, 2008
Bisphosphonate Induced Osteonecrosis of the Jaws: Current Treatment and Prevention
        Strategies, Lecture, Multidisciplinary CME Conference, WHC Alaska Cruise,
        Scheduled for July 11-18, 2008
"Primum non nocere", Editorial, Oral Surgery, Oral Medicine, Oral Pathology, Oral Radiology
        and Endodontology, Accepted for and pending publication

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

**DR. STEVEN A. GUTTENBERG**
**and DOCTORS GUTTENBERG AND**
**EMERY, P.C.**

**Plaintiffs,**

v.

**DR. ROBERT W. EMERY**

**Defendant.**

Case No. 1:08-cv-00085
(Judge John D. Bates)

### ORDER
### CONCERNING PLEADINGS AND DISCOVERY MATERIALS

UPON CONSIDERATION of Plaintiffs' Motion to Enter a Protective Order, it is this

_____ day of _____ 2008, ORDERED, that the motion is GRANTED, and

IT IS HEREBY FURTHER ORDERED THAT:

1.      This Protective Order shall govern all documents and other information

exchanged among the parties, filed with, or heard by the Court, in connection with this litigation,

including information exchanged as part of any discovery conducted by the parties, including

depositions, and any pleadings filed by the parties.

2.      The term "parties" as used herein shall mean all persons and entities that have

appeared or may hereafter appear in these proceedings.  The term "counsel" as used herein shall

mean members and associates of law firms and individual attorneys who appear of record and of

counsel for the parties to this proceeding.

3.      Any allegation or representation in any pleadings, discovery response, deposition

or at any public hearing made by a party contending that Plaintiff Dr. Steven A. Guttenberg has

engaged in sexual misconduct, harassment or discrimination shall be deemed "Protected" and shall be filed or heard only in accordance with this Order for "Protected" matter.

      4.     Any party may designate as "Protected" any information: a) contained in the party's answers to interrogatories, answers to requests for admission, answers in oral or written depositions, information contained in documents produced by a party or its agents, and information contained in any other discovery response provided by a party or its agents, or by a non-party pursuant to subpoena, in this litigation; or b) by stating on the record that any deposition (or hearing) or portion thereof or exhibit thereto is designated as "Protected" or by serving on all parties a written designation by page and line within three (3) business days after the transcript is received. By designating information as Protected, the party so designating represents that it has done so in good faith for the purposes of protecting against annoyance, embarrassment, or oppression, and that such information is deserving of protection.

      5.     The designation of information as "Protected" may be made by placing or affixing on each page containing the information in question (without interfering with the legibility thereof) the following or a similar notice: "PROTECTED – SUBJECT TO PROTECTIVE ORDER." Any page containing such notice, and all of the information contained on such page, shall be considered Protected unless the party producing such page shall clearly indicate thereon that only a portion of that page is to be treated as Protected.

      6.     The designation of information as Protected must be made prior to the time that such information is furnished in discovery or as part of settlement discussions, provided, however, that with respect to the production of documents, the designation of information as Protected may be made after inspection of such documents by counsel for the inspecting parties, but no later than the date upon which requested individual copies of such documents are first provided to such counsel. With respect to information provided by a non-party pursuant to

subpoena, the designation of such information as Protected shall be made within ten (10) business days of the date such information is first provided to counsel.

7.      Objections to the designation of information as Protected shall be made within ten (10) business days from the date such designation is received by counsel.  Any information that has been produced and designated Protected but that is subject to a dispute as to whether it has been properly designated Protected shall be treated as Protected within the terms of this Protective Order until otherwise ordered by the Court.

8.      Any information that has been designated as Protected shall be redacted from the public version of any pleading, discovery material introduced in Court at a hearing or trial, and from the trial record.

9.      Any dispute concerning matters relating to this Protective Order shall be resolved by this Court.

10.     All "Protected" matters shall be used solely for the prosecution or defense of this action and shall not be disclosed in any manner to anyone other than the following:

a.      counsel who are actively engaged in the prosecution or defense of this action, and employees of such counsel assisting in the conduct of this action;

b.      non-lawyer experts assisting counsel in this action;

c.      witnesses and their counsel during the course of, or in preparation for, hearings or depositions in this action where deemed necessary by counsel to assist in the prosecution or defense of this action; and

d.      the Court.

11.     Each person to whom any "Protected" matter is disclosed shall be bound by the terms of this Order.

12.    In the event that counsel for any party determines that the prosecution or defense

of this action requires that any Protected matter be disclosed to persons not otherwise authorized

herein, such counsel must receive authorization to disclose such information from counsel for the

party that produced such information.  If counsel for the party which produced the confidential

matter objects to such disclosure within three (3) days, the Protected matter shall not be disclosed

unless the Court so orders.

13.    If any party wished to include "Protected" matter in any document filed with the

Court, such document or such portion thereof as contains such Protected shall be filed with the

Court in compliance with Rule 5.1(j) of the Local Rules of the United States District Court for

the District of Columbia.  The party making such filing shall simultaneously file a motion and

accompanying order to permit the filing under seal.  Any document that is the subject of a

motion to authorize filing under seal shall be temporarily sealed pending a ruling on the motion.

The Clerk shall file and maintain any such document under seal unless and until the Court rules

that it shall not be.

14..    This Order shall not:

a.    prejudice in any way the right of any party to object to the production of documents or information it considers not subject to discovery or to seek a Court determination whether particular Protected matter should be produced;

b.    prejudice in any way the right of a party to apply to the Court to rescind or modify the terms of this Order or to move the Court for a further protective order;

c.    prejudice in any way the right of any party to use, or object to the use of, any Protected matter at any hearing or at trial; or

d.    affect the obligations of any party or person to comply with the terms of any compulsory process.

15.    This Order is not intended to and does not establish procedures for handling

4

Confidential materials at trial, which, if necessary, shall be separately addressed by the Court.

16.    Nothing herein shall be deemed a waiver by any party of the right to seek an amendment of this protective order by mutual agreement or by order of the Court.

17.    Upon final disposition of this action (including all appellate proceedings), all Protected matter and all copies, excerpts and extracts (excluding excerpts or extracts incorporated into any privileged memoranda) in the possession of any party shall be destroyed or returned to the person producing the material. In addition, upon final disposition of this action (including all appellate proceedings), the Clerk of the Court shall return to counsel or destroy any materials filed with the Court under seal.

_____
Judge John D. Bates
United States District Court Judge

COPIES TO:

Geoffrey P. Gitner, Esq.
Law Office of Geoffrey P. Gitner
Watergate Building
600 New Hampshire Avenue, NW
Washington, DC  20037

Richard T. Tomar, Esq.
KARP, FROSH, LAPIDUS, WIGODSKY &
NORWIND, P.A.
2273 Research Blvd., Suite 200
Rockville, Maryland 20850

*Counsel to Plaintiffs*

Brian Schwalb, Esq.
Seth Rosenthal, Esq.
Ari Rothman, Esq.
Venable
875-7th Street, N.W.
Washington, D.C.

*Counsel for the Defendant*

5