IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| DR. STEVEN A. GUTTENBERG and DOCTORS GUTTENBERG AND EMERY, P.C., <br><br>    Plaintiffs, <br><br> v. <br><br> DR. ROBERT W. EMERY, <br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:08-cv-00085 <br> Honorable John D. Bates |

**CONSENT MOTION FOR A ONE DAY ENLARGEMENT OF TIME
TO RESPOND TO MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 6(b) and LCvR 7, Defendant Dr. Robert W. Emery moves the Court to enter an Order enlarging, until February 12, 2008, the time in which to file and serve his opposition to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, and in support of this Motion, states as follows:

1.  On Wednesday, January 30, 2008, Plaintiffs filed and served a series of motions, including a Motion for Temporary Restraining Order, Emergency Status and Scheduling Conference, and Preliminary Injunction ("Plaintiffs' TRO Motion").

2.  On Friday, February 1, 2008, the Court convened a telephonic scheduling conference during which it ordered, among other things, that Defendant Emery file an opposition to Plaintiffs' TRO Motion by Monday, February 11, 2008. The Court scheduled a hearing on Plaintiffs' TRO Motion for Tuesday, February 19, 2008 at 12:30 p.m.

3.  Over the past days, the Parties have been engaged in extensive settlement discussions. While no settlement has been reached yet, the parties have made progress and seek

to continue their negotiations without requiring Defendant Emery to file his Opposition before such negotiations are completed. If settlement discussions are not successful, then Defendant Emery is prepared to file his brief in opposition to Plaintiffs' TRO Motion by no later than close of business tomorrow, February 12, 2008. Due to the nature of the dispute, counsel for the parties believe it is in the best interests of the parties to continue settlement discussions without Dr. Emery filing his opposition to Plaintiffs' TRO Motion.

     4.    The requested enlargement will not interfere with the Court's schedule, and will not prejudice the Plaintiffs.

     5.    On February 10, 2008, counsel for Plaintiffs, Geoffey P. Gitner and Richard Tomar, advised that Plaintiffs have no opposition to this Motion, and consent to the requested enlargement of time.

**WHEREFORE,** for the foregoing reasons, Defendant Dr. Robert W. Emery moves the Court to enlarge the time for him to file and serve his opposition to Plaintiffs' TRO Motion for one day, that is until close of business on Tuesday, February 12, 2008.

For the Court's convenience, a proposed Order is submitted herewith.

                                           Respectfully submitted,

Dated: February 11, 2008        /s/   Brian L. Schwalb
                                           Brian L Schwalb (D.C. Bar No. 428551)
                                           Seth A. Rosenthal (D.C. Bar No. 482586)
                                           Ari Rothman (D.C. Bar No. 481334)
                                           VENABLE  LLP
                                           575 7th Street, N.W.
                                           Washington, D.C.  20004
                                           (202) 344-4356

                                           *Counsel for Defendant Dr. Robert W.  Emery*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of February 2008, a copy of the foregoing was served by the Court's electronic filing system upon the following:

>Geoffrey P. Gitner, Esquire
>Law Offices of Geoffrey P. Gitner
>600 New Hampshire Avenue, N.W.
>Washington, D.C.  20037
>
>Richard T. Tomar, Esquire
>Karp, Frosh, Lapidus, Wigodsky & Norwind, P.A.
>2273 Research Blvd., Suite 200
>Rockville, Maryland 20850

>/s/   Brian L. Schwalb
>Brian L. Schwalb

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

|  |  |
|---|---|
| DR. STEVEN A. GUTTENBERG and DOCTORS GUTTENBERG AND EMERY, P.C., <br><br> Plaintiffs, <br><br> v. <br><br> DR. ROBERT W. EMERY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:08-cv-00085 <br> Honorable John D. Bates |

**[PROPOSED] ORDER GRANTING CONSENT MOTION
FOR ONE DAY ENLARGEMENT OF TIME TO RESPOND
TO MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

Upon consideration of Defendant's Consent Motion for One Day Enlargement of Time to Respond to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction ("the Motion") and the record herein, and being fully advised in the premises, it is this _____ day of _____, 2008, hereby:

**ORDERED** that the Motion BE, and the same hereby IS, GRANTED.

**ORDERED** that the time period in which Defendant Dr. Robert W. Emery shall file an opposition in response to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction BE, and the same hereby IS EXTENDED until February 12, 2008.

**IT IS SO ORDERED.**

_____
Judge John D. Bates
U.S. District Court, District of Columbia

Copies to:

Geoffrey P. Gitner, Esquire
Law Offices of Geoffrey P. Gitner
Watergate, Twelfth Floor
600 New Hampshire Avenue, N.W.
Washington, D.C.  20037

Richard T. Tomar, Esquire
Karp, Frosh, Lapidus, Wigodsky & Norwind, P.A.
2273 Research Boulevard, Suite 200
Rockville, MD  20850

Brian L. Schwalb, Esquire
Seth A. Rosenthal, Esquire
Ari N. Rothman, Esquire
Venable LLP
575 7th Street, N.W.
Washington, D.C.  20004