IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

DR. STEVEN A. GUTTENBERG
and DOCTORS GUTTENBERG AND
EMERY, P.C.

      Plaintiffs,

v.

DR. ROBERT W. EMERY

      Defendant.

Case No. 1:08-cv-00085
(Judge John D. Bates)

**STIPULATION OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO FED.R.CIV.P. 41(a)(1)(ii)**

Plaintiffs STEVEN A. GUTTENBERG and DOCTORS GUTTENBERG AND EMERY, P.C. and Defendant DR. ROBERT W. EMERY, hereby stipulate to the dismissal of this action, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), with each party to bear its own costs. This stipulation is signed by counsel for all parties who have appeared in this action.

**Plaintiffs**

/s/
Geoffrey P. Gitner (D.C. Bar No. 176479)
The Law Offices of Geoffrey P. Gitner
Watergate, Twelfth Floor
600 New Hampshire Ave., N.W.
Washington, D.C. 20037
Ph: 202.772.5926
Facsimile: 202.772.5858

/s/
Richard T. Tomar (D.C. Bar. No. 13094)
KARP, FROSH, LAPIDUS, WIDGODSKY
& NORWIND, P.A.
2273 Research Blvd., Suite 200

**Defendant**

/s/
Brian Schwalb (D.C. Bar. No. 428551
Venable
875-7th Street, N.W.
Washington, D.C. 20006
Ph: 202.344.4000
Facsimile: 202.344.8300

*Attorneys for Defendant*

Rockville, MD. 20850
Ph. 301.948.3800
Fax: 301.948.5499

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 12th day of February, 2008, I caused a true and correct copy of the foregoing Stipulation of Voluntary Dismissal of Action With Prejudice was served by electronic mail and first class mail, postage prepaid on the following:

    Brian Schwalb, Esq.
    Joseph Shull, Esq.
    Seth Rosenthal, Esq.
    Venable
    875 7th Street, N.W.
    Washington, D.C.

                                                          /s/
                                        Geoffrey P. Gitner