IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| DR. STEVEN A. GUTTENBERG *et al.*<br><br>Plaintiffs,<br>v.<br><br>DR. ROBERT W. EMERY,<br><br>Defendant. | Case No. 1:08-cv-00085<br>(Judge John D. Bates) |

PLAINTIFFS' MOTION
FOR VOLUNTARY DISMISSAL PURSUANT TO
RULE 41(a)(2)

Plaintiffs, Steven Guttenberg, M.D. and Steven A. Guttenberg, DDS, MD, PLLC. ("Plaintiffs"), respectfully move this Court to enter an Order voluntarily dismissing their complaint without prejudice, for the reasons to follow, which are further elaborated in the attached Memorandum of Points and Authorities:

1. This case was removed to this Court from the District of Columbia Superior Court on December 24, 2013.

2. On May 16, 2014, the Court granted a motion to dismiss Dr. Emery's wife, Katherine Borg-Emery as a party defendant. The Court, in the same Order denied Dr. Emery's motion to dismiss.

3. Dr. Emery filed an Answer on June 6, 2014.

4. An initial status conference was held on June 20, 2014, at which time the parties were ordered to mediate this case before Magistrate Judge Alan Kay. The Court further stayed all discovery until after the mediation, in the event the mediation was unsuccessful.

5. At the status conference the Court promulgated a pre-trial schedule with a discovery close deadline of December 15, 2014.

6. Both Drs. Guttenberg and Emery are members of the District of Columbia's Dental Society Executive Committee. At a meeting of the Committee on June 30, 2014, Dr. Guttenberg was informed that Dr. Emery's wife had been recently diagnosed with Stage IV cancer.

7. Following that tragic and critical news Dr. Guttenberg reached out to Defendant Emery to resolve this case both before and at the mediation. Though those attempts were unsuccessful, Dr. Guttenberg, in light of this development has no desire to pursue this litigation in which Ms. Borg-Emery would remain a central figure, or to place the additional burden of this litigation on Dr. Emery.

WHEREFORE, Plaintiffs move the Court to voluntarily dismiss this case without prejudice.

DATED: August 11, 2014            Respectfully submitted,

**MARTIN & GITNER PLLC**

[s] Geoffrey P. Gitner  (D.C. Bar No. 176479)
William R. Martin     (D.C. Bar No. 465531)
Kerry Brainard Verdi  (D.C. Bar No. 478486)
2121 K Street, N.W., Suite 850
Washington, D.C. 20037
Ph: (202) 331-2121
Geoff.gitner@martingitnerlaw.com

*Counsel to the Plaintiffs*